TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 01-706

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:**

Order entered on 10/4/2005 Regarding The Court's Decision In The Matter Of Non Disclosure, Conflicts, Perjury, Disqualification, Disgorgement Of Barry Gold, Traub Bonacquist & Fox, Morris Nichols Arsht & Tunnel And The Removal Of Mark Kenney As Appointed Watchdog

**Parties:**   Steve Haas, Pro Se  v.  Etoys, Inc. and PEDC

**Appellant Counsel:**

**Steve Haas,  Pro Se**
President and CEO
Collateral Logistics, Inc.
12901 Garden Grove Blvd.
 Suite 101
Garden Grove, CA 92843
(302) 521-7770

**Appellee Counsel:**

**Frederick B. Rosner**
Jaspen Schlesinger Hoffman
913 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 351-8000

**Appellee Counsel:**     **Mark Minuti**
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800

-And-

**G. David Dean**
Saul Ewing, LLP
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600