IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                               :
                                                     :    Chapter 11
                                                     :
ETOYS, INC., et al.,                                 :    Case Nos. 01-0706 (RB)
                                                     :    Through 01-0709 (RB)
            Debtors.                                 :
                                                     :
-----------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                       :
AS PRESIDENT OF COLLATERAL                           :
LOGISTICS, INC.,                                     :
                                                     :
            Appellant,                               :    Civil Action No. 05-829 (KAJ)
                                                     :
      v.                                             :
                                                     :
TRAUB, BONACQUIST & FOX LLP,                         :
BARRY GOLD, MORRIS NICHOLS                           :
ARSHT & TUNNEL LLP, AND POST-                        :
EFFECTIVE DATE COMMITTEE OF                          :
EBC I, INC.,                                         :
                                                     :
            Appellees.                               :
-----------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Appellee's Motion to Dismiss Appeal* upon the parties listed below by First Class Mail, postage prepaid:

Steven Haas
178 East Jewel
Delmar, DE 19807

Steven Haas
Collateral Logistics, Inc.
12901 Garden Grove Boulevard, Suite 101
Garden Grove, CA 92843

16037

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing
222 Delaware Avenue
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16037                                                    2