# EXHIBIT "E"

19

1    MR. GARRITY: November 1, '02, Your Honor.

2    THE COURT: Which is longer than six months.

3    MR. GARRITY: Your Honor, may I be heard briefly on
4 just a procedural matter?

5    THE COURT: Yes.

6    MR. GARRITY: I'm concerned -- I understood the Court's
7 rulings at the last hearing to preclude Mr. Haas or CLI from
8 being represented without an attorney. I recognize the Court's
9 got the discretion to consider whatever it wants, but I just want
10 to note for the record that we would object to Mr. Haas
11 representing CLI without an attorney in this matter. I believe a
12 corporation is to be represented by counsel, Your Honor.

13   THE COURT: And, Mr. Haas, do you -- is your counsel
14 here?

15   MR. HAAS: No, Your Honor. My counsel does not
16 represent me in this particular part. They only represent me in
17 my claim matter.

18   THE COURT: Well, but you, Mr. Haas, aren't a person
19 with an interest here. Only CLI is. So you cannot represent
20 CLI.

21   MR. HAAS: So does that mean that I remain quiet for
22 the rest of the hearing?

23   THE COURT: That's exactly what it means.

24   MR. MINUTI: Your Honor, if I could, Mark Minuti from
25 Saul Ewing representing Barry Gold. I just wanted to note my

objection as well for the record. Thank you, Your Honor.

THE COURT: All right. Well, for the record, I also, notwithstanding that, I will consider Mr. Haas's comments, but it appears that confirmation was two and a half years ago. And any time to seek to revoke the confirmation order has also expired. So I won't consider the request to ignore the confirmation order. And consequently, under 1104(a), I am without power to appoint a trustee or examiner.

MR. GARRITY: May I continue, Your Honor?

THE COURT: Yes.

MR. GARRITY: Your Honor, if we could just turn our attention to the request by CLI that the Court order a seizure by the trustee of all fees paid to Barry Gold and a seizure by the trustee of all funds in the possession of any party. Your Honor, in light of the fact that Your Honor has not appointed a trustee, we would suggest that the relief sought be denied as a matter of law, recognizing, of course Your Honor, that Your Honor had the discretion in dealing with the issues as they relate to Mr. Gold. We don't mean --

THE COURT: Well, let's deal with that in the issues with Mr. Gold. I won't --

MR. GARRITY: All right. So I would ask that Your Honor deny the request that there be an order for a seizure by the trustee of all fees paid to Mr. Gold --

THE COURT: Well, let's -- no. We'll deal --