# EXHIBIT "F"

## Notice of APPEAL INTENT



In re: eToys 01-706 through 01-709

Jointly Administrated

**RE:** The Court's Decision in the matter of Non Disclosure, Conflicts, Perjury, Disqualification, Disgorgement of Barry Gold, Traub Bonacquist & Fox, Morris Nichols Arsht & Tunnel and the removal of Mark Kenney as appointed watchdog which was handed down by the Delaware Bankruptcy Court in Wilmington Delaware on October 4, 2005.

Whereas I, Steve Haas(a/k/a Laser) as President of Collateral Logistics, Inc ("CLI"), being a party of Interest do hereby state to all parties concerned that I do this day Appeal and seek upper Court review of the Opionion and Order handed down by the Federal Bankruptcy Court of Wilmington Delaware on October 4, 2004 concerning the matter of Non Disclosure, Conflict of Interest, Disgorgement, Disqualification and Fraud by Her Honor Walrath In re: eToys DE Fed. Dist 01-706 thru 01-709 jointly administrated.

In compliance with the Federal Rules of Civil Procedure concerning the timely filing of Appeal which requires aNotice within 10 days of such Order I submit the filing fee of $255 and deliver to the Clerk by Overnight Certified Delivery this Intent to Appeal which is processed this the 11th Day of October 2005 and is within the Timeline which in accordance with Rule 8000 would be October 14, 2005.

Respectfully Submitted
Laser Steven Haas
President / CEO and sole shareholder
Collateral Logistics, In.c

Laserhaas@msn.com
Bhaass@aol.com  310 819 7777

*/s/ Steven Haas*
10-11-2005