IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                                    :
                                                          :   Chapter 11
                                                          :
ETOYS, INC., et al.,                                      :   Case Nos. 01-0706 (RB)
                                                          :   Through 01-0709 (RB)
        Debtors.                                          :
                                                          :
----------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                           :
AS PRESIDENT OF COLLATERAL                                :
LOGISTICS, INC.,                                          :
                                                          :
        Appellant,                                        :   Civil Action No. 05-829 (KAJ)
                                                          :
        v.                                                :
                                                          :
TRAUB, BONACQUIST & FOX LLP,                              :
BARRY GOLD, MORRIS NICHOLS                                :
ARSHT & TUNNEL LLP, and POST-                             :
EFFECTIVE DATE COMMITTEE OF                               :
EBC I, INC.,                                              :
                                                          :
        Appellees.                                        :
----------------------------------------------------------x

## ORDER GRANTING APPELLEE'S MOTION TO DISMISS

Upon the motion (the "Motion") of Appellee Traub, Bonacquist & Fox LLP ("TB&F"), dated December19, 2005, seeking the issuance and entry of an order, *inter alia*, dismissing the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from that certain Order, dated October 4, 2005 of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) ("Bankruptcy Court"), *inter alia*, denying the emergency motion filed by CLI/Appellant for and upon the reasons set forth in its Opinion, dated October 4, 2005; and the Court having considered the Memorandum in support

16005

of Appellees' Motion to Dismiss Appeal, dated December __, 2005; and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that the Motion is granted and the Appeal is dismissed with prejudice.

Dated: _____, 200_

_____
United States District Judge

16005                                                          2