**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ETOYS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-0706 (RB)<br>Through 01-0709 (RB) |
| STEVE HAAS (a/k/a LASER HAAS), AS PRESIDENT OF COLLATERAL LOGISTICS, INC.,<br><br>Appellant,<br><br>v.<br><br>TRAUB, BONACQUIST & FOX LLP, BARRY GOLD, MORRIS NICHOLS ARSHT & TUNNEL LLP, AND POST-EFFECTIVE DATE COMMITTEE OF EBC I, INC.,<br><br>Appellees. | Civil Action No. 05-829 (KAJ) |

**CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Memorandum in Support of Appellee's Motion to Dismiss Appeal* upon the parties listed below by First Class Mail, postage prepaid:

Steven Haas
178 East Jewel
Delmar, DE 19807

Steven Haas
Collateral Logistics, Inc.
12901 Garden Grove Boulevard, Suite 101
Garden Grove, CA 92843

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing
222 Delaware Avenue
Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000