# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT APPEALS COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re:

ETOYS, Inc., et al.,                                Chapter 11

        Confirmed Debtors                Case Nos. 01-706 thru
                                         Through 01-709 Jointly Adm.

------------------------------------------------------------X

## DESIGNATION OF ITEM TO BE HEARD AS ISSUE OF RECORD OF APPEAL BY STEVE HAAS / COLLATERAL LOGISTICS, INC.

Pursuant to RULE(s) 8000 – 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, Collateral Logistics, Inc ("CLI") through and by Steve Haas through both 503(b) Substantial Contribution and Rule 7024 Intervention, hereby designates the following items to be included as the Record of Appeal in the Appeal of Her Honor Mary Walrath's Opinion and Order handed down, after more than 5 months of consideration the sanctions of the Firm of Traub Bonacquist & Fox ("TBF") for failure to disclose conflicts of interest and other violations of the code alleged by Steve Haas, CLI and Robert Alber (an eToys equities shareholder).

### DESIGNATION OF RECORD & ISSUES ON APPEAL

1. The Opinion of the Court on these issues of October 4, 2005

2. .The Order of the Court on theses issues of October 4, 2005.

3. Affidavit of Lee Castillo (2nd) with testimony that the Creditors Committee was deceived in the hiring of Barry Gold.

4. Judge Farnan's of Wilmington DE Fed. Bankruptcy District for guidelines on who must apply as Professional Person In re: First Merchs. Acceptance Corp (D. Del. Dec 15, 1997 97-1500)

5. Rule 2014 on Professional Persons

6. Rule 2016 on Professional Persons

7. Code 327 (a) Employment of Professional Persons

8. Code 101(14) Definition(s)

9. Code 105 (a) Sua Sponte

10. Code 503(b) Substantial Contribution

11. Rule 7024 Intervention

12. Affidavits of the Firm Traub Bonacquist & Fox affirming non conflict and Disclosure.

13. Declaration of Barry Gold as Plan Administrator signed under "penalty of perjury".

14. Affidavit(s) of Morris Nichols Arsht & Tunnel ("MNAT").

15. Hearing on Goldman Sachs where MNAT failed to show!

16. Court Order fining MNAT for failure to show!

17. US Trustee Motion of February 15, 2005 for Sanctions of TBF for failure to disclose!

18. Excerpt from UST Motion of February 15, 2005 which specifically references where he warned all parties that replacements of any key employee of Debtor had to be "arms length".

19. Transcript of Oct 2002 hearing in Wilmington Delaware!

20. Transcript of Nov 2002 hearing in Wilmington Delaware!

21. Transcript of Oct 2004 hearing in Wilmington Delaware!

22. Transcript of Nov 2004 hearing in Wilmington Delaware!

23. Excerpt(s) from Transcript showing Robert Alber (an eToys shareholder) questioning of Barry Gold about a Paul Traub direct connection. Showing premeditated intent by Fred Rosner, TBF, MNAT, Barry Gold and others to deceive!

24. Excerpt from Transcript of Dec 22, 2005 hearing of US Trustee statement by Frank Perch!

25. Response by Barry Gold of January 25, 2005!

26. Excerpt from Response of Barry Gold on January 25, 2005 with a first time view of the Barry Gold hiring letter, drafted by both Counsels and signed given Barry

Gold "willful" circumvention of the Rule(s) and Code at his own volition in an endeavor to avoid Perjury and other Fraud statue violations!

27. Response of the Post Effective Date Committee ("PEDC") of January 25, 2005

28. Response of TBF on January 25, 2005!

29. Motion(s) of Haas/CLI to disqualify & disgorge!

30. Motion(s) of Robert Alber to disqualify & disgorge!

31. Transcript of the February 1, 2005 hearing!

32. Transcript of the January 21, 2005 hearing!

33. Rule 324 (a) Removal.

34. Rule 5004 Disqualification of Judge!

35. Transcript of the March 1, 2005 hearing.

36. US Trustee Motion to Settle TBF issue(s) of February 25, 2005.

37. Appeal Court rulings and standards on the "unambiguous" standard! (emphasis added)

38. UST Handbook and Guidelines on Duties and Fraud as part of the US DOJ.

39. UST Guidelines of 5-1.2.1 "Duty to Notify & Refer"!

40. 28 USC 586(A)(3)(F)

41. 5-1.2.2 Judges Order of 18 USC 3057 (a) Duty to Notify & refer!

42. Listing of the 50 Felony violations by specific proof!

43. Janet Reno Reform Act of 1994!

44. 18 USC 155 Fee Agreement statue against Scheme to Fix Fee's!

45. In re: Bonus Sales Document of Asset Disposition Advisors!

46. In re: Bonus Sales US Trustee note by Mark Kenney!

47. In re: Bonus Sales Transcript of discussion by Mark Kenney "ex parte" of conflicts with a counsel of the Estate and Creditors!

48. In re: Homelife Docket items by Paul Traub and Barry Gold in spring of 2001.

49. Sec of State of Delaware on Asset Disposition Advisors ("ADA")!

50. Sec of State of NY on ADA!

51. Sec of State of NY on Revocation of the entity of Traub Bonacquist & Fox!

52. KB Toys Case 04-10120 and Counsels of Records listing!

53. Motion by Steve Haas/ CLI of MisPrison in KB Toys 04-10120!

54. Motion of US Trustee to Expunge Motion of Haas/CLI in KB Toy Case!

55. Judge's Order to Expunge Motion of Haas/CLI in KB Toys Case!

56. Barry Gold's Testimony of connections to Jack Bush of IdeaForest, Bain, Stage Store's, Jumbo Sports!

57. S E C report of Stage Stores which shows Jack Bush and Michael Glazer (CEO of KB Toys)!

58. KB Toys record on pre petition payment of Michael Glazer and others for more than $100 million!

59. KB Toys record on TBF asking to be the one to prosecute the Michael Glazer pre petition payments!

60. eToys Docket Records of purchases by KB Toys of eToys assets!

61. Foothill Loan documentation to eToys of $40 million.

62. Barry Gold's Testimony of working with Foothill owner Wells Fargo!

63. Paul Traub Testimony of working with Wells Fargo, Fleet and othes!

64. Toyco. International Bankruptcy attorney of record!

65. 18 USC 1961 Code of Racketeer Influenced and Corrupt Organizations!

66. Playco. Documents of sales of assets!

67. Paul Traub of TBF testimony of clients previously worked for!

68. Wells Fargo, Paragon Capital Note of acquisition and OZER Group!

69. Haas/CLI contracts in eToys!

70. Haas/CLI "nunc pro tunc" Court Orders in eToys!

71. Excerpts from CLI contracts of "assistance with debtors counsel"!

72. Tape recordings of meetings with Susan Balaschak and Barry Gold!

73. Tape recording of meeting with Paul Traub and Michael Fox in NYC!

74. Tape recording of conversations with US Trustee representative Mark Kenney!

75. Tape recorded meetings with various counsel(s)!

76. Tape recorded meetings with Barry Gold!

77. Tape recorded meetings with David Gatto!

78. Tape recorded meetings with David Haddad!

79. Tape recorded meetings with and of Howard Steinberg!

80. Tape recorded meetings of conference call at eToys facilities!

81. Tape recorded meetings with Ellen Gordon!

82. Tape Recorded meetings with Richard Cartoon!

83. Haas Affidavit also known as Docket item 816 which the PEDC has entitled a "waiver"!

84. Excerpt(s) from the former Chairman of the Creditors Committee Affidavit!

85. Excerpts from the Pre Plan hearing where Robert Alber requested of the Court that Barry Gold and Paul Traub not receive a "get out of jail FREE CARD" for undisclosed relationships!

86. Kmart document showing Mark Kenney hand picked TBF as Counsel for equity holders!

87. Fax of Barry Gold from Gadzooks!

88. US Trustee Motion notes In re: Bonus Sales on the company of Paul Traub and Barry Gold!

89. Document record(s) of Finova Bankruptcy Case 01-705!

90. MNAT affidavits in Finova Bankruptcy Case!

91. MNAT affidavits in eToys!

92. Document of Johnson & Johnson of Purchase of Baby Center.com from eToys pre petition signed by one "Nancy A. Valente"!

93. Document of formation of the Barry Gold –Paul Traub company of Asset Disposition Advisors ("ADA") registered agent of "Nacny A Valente"!

94. Paul Traub's testimony on Hutchins Wheeler!

95. Paul Traub's Testimony in his deposition of Feb 9, 2005 where he states that he and Barry Gold were engaged by Fleet!

96. Documentation listing of Claims acquired by Madison in eToys case!

97. Documentation of Liquidity Solutions acquiring claims in eToys case!

98. TBF attorney of Record in defense of allegations Kronish Lieb!

99. Madison registered agent Kronish Lieb!

100. Liquidation World pre petition purchase of eToys assets!

101. Pioneer Dist Pre Petition of etoys assets!

102. Barry Gold quarterly reports listing and copy in eToys case!

103. PEDC motion to Quash subpeona's of CLI/HAAS!

104. Excerpt of Plan on Plan Administrator Clause 5.2!

105. Excerpt of Plan giving Barry Gold right to settle payment to claimants for less than $1 million without Court approval!

106. Excerpt of Plan giving Barry Gold the right to engage whom he so desires!

107. Committee design document statement by Susan Balaschak pre Plan!

108. Document of letters procured by PEDC of current committee members in response to the Haas/CLI –Robert Alber allegations and entered into Exhibit by the PEDC!

109. Excerpt of the Lee Castillo Affidavit(s) showing early retirement!

110. Document showing 2 members of Goldman Sachs on Board of RR Donnelley an etoys committee co chair!

111. Lawsuit of eToys vs. Goldman Sachs, Fleet and others!

112. Paul Traub affidavit to Do Goldman Sachs Lawsuit!

113. List of Fee Applications Fredrick Rosner!

114. List of Fee Applications MNAT!

115. List of Fee Applications TBF!

116. List of Barry Gold payments!

117. List of European assets eToys estate!

118. List of monies paid to professional(s) in the eToys case!

119. Comments of Barry Gold on overseas assets!

120. Comments of MNAT on overseas assets!

121. Motion(s) of Stay Pending Appeal!

122. Comments of Susan Balaschak of TBF during the hearing to dismiss CLI claim by His Honor Baxter!

123. Rule(s) and Code(s) on the unlawful retaliation by a counsel in Bankruptcy cases for personal gain or vendetta!

124. Oral arguments to be presented as no one will represent an entity that has alleged Fraud, Corruption against one of the most connected firm(s) in Bankruptcy in Wilmington DE while also stating failure to perform against the US Trustee Office.

125. Personal Correspondence by Lawrence Friedman!

126. Document of resignation by Lawrence Friedman!

127. Document of law question"asked and answered" on authority to correct!

Whereas Appellant states that a copy of this is executed this 21st Day of October 2005and sent to be received by the Clerk of the Court for docket submission on Oct 24, 2005 in accordance with Appeal Rules 8000 thru 8009!

A copy will be mailed to the Appellee, the US Trustee office and an email copy of same sent to Appellee!

Respectfull submitted.

*/s/ Steven Haas/ 10-21-2005*

Steve Haas
President, CEO and Sole Shareholder
Collateral Logistics, Inc.

302 521 7770
laserhaas@msn.com
bhaass@aol.com

## Steven Fox

| | |
|---|---|
| **From:** | Frederick B. Rosner [frosner@jshllp-de.com] |
| **Sent:** | Wednesday, October 26, 2005 12:48 PM |
| **To:** | Steven Fox; Minuti, Mark; Susan Balaschak |
| **Subject:** | FW: Ch-11 01-00706-MFW Designation of Items (Appellant) (Ap) - ETOYS, Inc., A Del |

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010
Mobile: 302-588-4253
E-mail: frosner@jshllp-de.com

---

**From:** DEBdb_ECF_Reply@deb.uscourts.gov [mailto:DEBdb_ECF_Reply@deb.uscourts.gov]
**Sent:** Wednesday, October 26, 2005 12:35 PM
**To:** dummail@deb.uscourts.gov
**Subject:** Ch-11 01-00706-MFW Designation of Items (Appellant) (Ap) - ETOYS, Inc., A Del

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from entered on 10/26/2005 at 12:34 PM EDT and filed on 10/24/2005
**Case Name:** ETOYS, Inc., A Delaware Corporation
**Case Number:** 01-00706-MFW
**Document Number:** 2331

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s)[2326], [2329] ) Filed by Steven Haas Appellee designation due by 11/3/2005. Transmission of Designation Due by 11/23/2005. (ALC, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\Anissa\4.pdf

10/26/2005