IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,[1]                         :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
              Debtors.                          :
                                                :
----------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                  :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
              Appellant,                        :   Civil Action No. 05-829 (KAJ)
                                                :
       v.                                       :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, AND POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
              Appellees.                        :
----------------------------------------------------------x
```

**ORDER GRANTING APPELLEE'S MOTION TO STAY PROCEEDINGS**

Upon the motion of Appellee Traub, Bonacquist & Fox, LLP ("TB&F" or "Appellee"), dated December 19, 2005 (the "Motion"), seeking to stay further proceedings on the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from that certain Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) (the "Bankruptcy Court"), dated October 4, 2005, *inter alia*, denying the emergency motion filed by CLI/Appellant for and upon the reasons set forth in its

---

[1]    The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

Opinion, dated October 4, 2005; and Appellee having filed a (i) Motion and related Memorandum of Law to Dismiss the Appeal (the "Motion to Dismiss") and (ii) Motion to strike items improperly designated by Appellant to be included in the record on this Appeal (the "Motion to Strike"); and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that the Motion is granted and the Appellee is not required to file its answering brief to the Appeal until ten (10) days after the later of (a) entry of a dispositive order adjudicating the Motion to Dismiss has become final and not subject to an appeal or (b) entry of a dispositive order adjudicating the Motion to Strike has become final and not subject to an appeal.

Dated: _____ \_\_\_, 200\_

_____
United States District Judge

16022