# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                    :
                                          :   Chapter 11
                                          :
ETOYS, INC., et al.,              ·       :   Case Nos. 01-0706 (RB)
                                          :   Through 01-0709 (RB)
           Debtors.                       :
                                          :
-------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),           :
AS PRESIDENT OF COLLATERAL                :
LOGISTICS, INC.,                          :
                                          :
           Appellant,                     :   Civil Action No. 05-829 (KAJ)
                                          :
               v.                         :
                                          :
TRAUB, BONACQUIST & FOX LLP,              :
BARRY GOLD, MORRIS NICHOLS               :
ARSHT & TUNNEL LLP, and POST-             :
EFFECTIVE DATE COMMITTEE OF               :
EBC I, INC.,                              :
                                          :
           Appellees.                     :
-------------------------------------------------------x
```

## APPELLEE BARRY GOLD'S MOTION FOR STAY OF FURTHER PROCEEDINGS ON APPEAL PENDING RESOLUTION OF (A) MOTION TO DISMISS APPEAL AND (B) MOTION TO STRIKE IMPROPERLY DESIGNATED ITEMS

Appellee Barry Gold ("Gold"), through his undersigned counsel, hereby moves this Court

for an Order staying further proceedings on the appeal of Steve Haas (a/k/a Laser Haas), as

President of Collateral Logistics, Inc. ("CLI/Appellant") from the October 4, 2005 Order of the

United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*,

(i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement

between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee, and

(iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs &

Co., for and upon the reasons set forth in its Opinion, also dated October 4, 2005, pending adjudication of (a) Appellee Barry Gold's Motion to Dismiss Appeal and (b) Appellee Barry Gold's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. to be included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order. The reasons supporting this Motion are set forth in Appellee's Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's (A) Motion to Dismiss Appeal and (B) Motion to Strike Improperly Designated Items (the "TBF Emergency Motion"), filed by Appellee Traub, Bonacquist & Fox LLP on December 19, 2005. A copy of the TBF Emergency Motion, is attached hereto and incorporated herein as Exhibit 1.

**WHEREFORE** Gold prays that the Court enter an order (a) staying further proceedings on the appeal of CLI/Appellant for the reasons set forth in the TBF Emergency Motion; and (b) granting Gold such further relief as is just and proper.

Mark Minuti (No. 2659)
Patrick J. Reilley (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-5873 (Fax)

-and-

G. David Dean
**SAUL EWING LLP**
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600
(410) 332-8862 (Fax)

Counsel for Barry Gold

Dated: December 20, 2005

530641.1 12/20/05