IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
                Debtors.                        :
                                                :
------------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                 :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
                Appellant,                      :   Civil Action No. 05-829 (KAJ)
                                                :
        v.                                      :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, and POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
                Appellees.                      :   Related to Docket No. _____
------------------------------------------------------------x
```

## ORDER STAYING PROCEEDINGS

Upon Appellee Barry Gold's Motion for Stay of Further Proceedings on Appeal Pending Resolution of (A) Motion to Dismiss Appeal and (B) Motion to Strike Improperly Designated Items (the "Motion to Stay"), dated December 20, 2005; and after due deliberation and for cause shown, it is hereby,

**ORDERED,** that the Motion to Stay is GRANTED; and it is further

**ORDERED,** that Appellee Mr. Gold is not required to file his answering brief until ten (10) days after the later of (a) the date a dispositive Order adjudicating Appellee Barry Gold's Motion to Dismiss Appeal becomes final and non-appealable, or (b) the date a dispositive Order adjudicating

530641.1 12/20/05

Appellee Barry Gold's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a) Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order, becomes final and non-appealable.

_____
United States District Judge

Dated: _____, 200\_\_