IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
                                                    :
ETOYS, INC., et al.,                                :   Case Nos. 01-0706 (RB)
                                                    :   Through 01-0709 (RB)
            Debtors.                                :
                                                    :
---------------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                     :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
            Appellant,                              :   Civil Action No. 05-829 (KAJ)
                                                    :
    v.                                              :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNEL LLP, and POST-                       :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
            Appellees.                              :
---------------------------------------------------------------x

## APPELLEE BARRY GOLD'S MOTION TO DISMISS APPEAL

Appellee Barry Gold ("Gold"), through his undersigned counsel, hereby moves this Court for an Order dismissing the appeal of Steve Haas (a/k/a Laser Haas) ("CLI/Appellant"), as President of Collateral Logistics, Inc. from the October 4, 2005 Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee, and (iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs & Co., for and upon the reasons set forth in its Opinion, also dated October 4, 2005. The reasons supporting this

530598.1 12/20/05

Motion are set forth in Appellee's Motion to Dismiss Appeal and Appellee's Memorandum of Law (together, the "TBF Motion to Dismiss Appeal"), filed by Appellee Traub, Bonacquist & Fox LLP on December 19, 2005. A copy of the TBF Motion to Dismiss Appeal, along with exhibits, is attached hereto and incorporated herein as Exhibit 1.

**WHEREFORE**, Gold prays that the Court enter an order: (a) dismissing the Appeal with prejudice for the reasons set forth in the TBF Motion to Dismiss Appeal; and (b) granting Gold such further relief as is just and proper.

_____
Mark Minuti (No. 2659)
Patrick J. Reilley (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-5873 (Fax)

-and-

G. David Dean
**SAUL EWING LLP**
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600
(410) 332-8862 (Fax)

Counsel for Barry Gold

Dated: December 20, 2005