# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
ETOYS, INC., et al.,                            :  Case Nos. 01-0706 (RB)
                                                :  Through 01-0709 (RB)
           Debtors.                             :
                                                :
---------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                 :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
           Appellant,                           :  Civil Action No. 05-829 (KAJ)
                                                :
    v.                                          :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, and POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
           Appellees.                           :
---------------------------------------------------------x

## APPELLEE'S MOTION TO DISMISS APPEAL

Appellee Traub, Bonacquist & Fox LLP (TB&F") hereby moves this Court for an order dismissing the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from that certain Order, dated October 4, 2005 of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) ("Bankruptcy Court"), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant and (ii) approving settlement agreement between TB&F and the Office of the United States Trustee, and (iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs & Co., for and upon the reasons set forth in its Opinion, dated October 4, 2005. The reasons supporting

16003

dismissal of this appeal are set forth in Appellee's Memorandum of Law filed contemporaneously herewith.

Dated: December 19, 2005

        **JASPAN SCHLESINGER HOFFMAN LLP**
        *Delaware Counsel to Traub, Bonacquist & Fox LLP*

        By:   /s/ Frederick B. Rosner
              Frederick B. Rosner (No. 3995)
              913 North Market Street, 12th Floor
              Wilmington, DE 19801
              Tel:   (302) 351-8000
              Fax:   (302) 351-8010

            -and-

Ronald R. Sussman (RS-0641)
**KRONISH LIEB WEINER & HELLMAN LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:   (212) 479-6000
Fax:   (212) 479-6275

            -and-

James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179