IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------x
In re:                                        :
                                              :   Chapter 11
                                              :
ETOYS, INC., et al.,                          :   Case Nos. 01-0706 (RB)
                                              :   Through 01-0709 (RB)
            Debtors.                          :
                                              :
----------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),               :
AS PRESIDENT OF COLLATERAL                    :
LOGISTICS, INC.,                              :
                                              :
            Appellant,                        :   Civil Action No. 05-829 (KAJ)
                                              :
    v.                                        :
                                              :
TRAUB, BONACQUIST & FOX LLP,                  :
BARRY GOLD, MORRIS NICHOLS                    :
ARSHT & TUNNEL LLP, and POST-                 :
EFFECTIVE DATE COMMITTEE OF                   :
EBC I, INC.,                                  :
                                              :
            Appellees.                        :   Related to Docket No. _____
----------------------------------------------x
```

## ORDER DISMISSING APPEAL

Upon Appellee Barry Gold's Motion to Dismiss Appeal (the "Motion"), dated December 20, 2005, seeking and entry of an Order, dismissing the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from the October 4, 2005 Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee, and (iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs & Co.; and after due deliberation and for cause shown, it is hereby:

530598.1 12/20/05

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the Appeal is dismissed *with prejudice*.

_____
United States District Judge

Dated: _____, 2006