## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                               :
                                                     :    Chapter 11
                                                     :
ETOYS, INC., et al.,                                 :    Case Nos. 01-0706 (RB)
                                                     :    Through 01-0709 (RB)
                    Debtors.                          :
                                                     :
-----------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                      :
AS PRESIDENT OF COLLATERAL                            :
LOGISTICS, INC.,                                      :
                                                     :
                    Appellant,                        :    Civil Action No. 05-829 (KAJ)
                                                     :
        v.                                            :
                                                     :
TRAUB, BONACQUIST & FOX LLP,                         :
BARRY GOLD, MORRIS NICHOLS                            :
ARSHT & TUNNEL LLP, and POST-                        :
EFFECTIVE DATE COMMITTEE OF                           :
EBC I, INC.,                                          :
                                                     :
                    Appellees.                        :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley, Esquire, hereby certify that on December 20, 2005, I caused a copy of

the foregoing **Appellee Barry Gold's Motion to Dismiss Appeal** to be served on the parties on

the attached service list in the manner indicated.

_____
Patrick J. Reilley (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6800

530598.1 12/20/05

## SERVICE LIST

### BY ELECTRONIC AND U.S. MAIL

Robert J. Dehney, Esquire
Derek C. Abbott, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 N. King Street, Suite 2313
Wilmington, DE 19801

Paul Traub, Esquire
Steven Fox, Esquire
Traub, Bonaquist & Fox, LLP
655 Third Avenue, 21st Floor
New York, NY 10017

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
The Grace Builidng
1114 Avenue of the Americas
New York, NY 10036-7798

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Steven Haas, President and CEO
Collateral Logistics, Inc.
12901 Garden Grove Boulevard
Suite 101
Garden Grove, CA 92843

Steven Haas
178 East Jewel
Delmar, DE 19940

John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153