IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
        Debtors.                                :
                                                :
------------------------------------------------x
                                                :
STEVEN HAAS (a/k/a LASER HAAS),                 :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
        Appellant,                              :   Civil Action No. 05-829 (KAJ)
                                                :
        v.                                      :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, and POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
        Appellees.                              :
------------------------------------------------x
```

**APPELLEE BARRY GOLD'S MOTION TO STRIKE ITEMS IMPROPERLY
DESIGNATED BY STEVE HAAS (a/k/a LASER HAAS), AS PRESIDENT OF
COLLATERAL LOGISTICS, INC. TO BE INCLUDED IN THE RECORD ON APPEAL
OF THE BANKRUPTCY COURT'S OCTOBER 4, 2005 ORDER**

Appellee Barry Gold ("Gold"), through his undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby moves to strike certain documents improperly designated by Appellant, Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant"), to be included in the record on appeal of the October 4, 2005 Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee,

530638.1 12/20/05

and (iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs & Co., for and upon the reasons set forth in its Opinion, also dated October 4, 2005. The reasons supporting this Motion are set forth in Appellee's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order (the "TBF Motion to Strike"), filed by Appellee Traub, Bonacquist & Fox LLP on December 19, 2005. A copy of the TBF Motion to Strike, along with exhibits, is attached hereto and incorporated herein as Exhibit 1.

**WHEREFORE**, Gold prays that the Court enter an order: (a) striking certain documents improperly designated by CLI/Appellant for the reasons set forth in the TBF Motion to Strike; and (b) granting Gold such further relief as is just and proper.

                                                /s/ *signature*
                                                Mark Minuti (No. 2659)
                                                Patrick J. Reilley (No. 4451)
                                                **SAUL EWING LLP**
                                                222 Delaware Avenue, Suite 1200
                                                P.O. Box 1266
                                                Wilmington, DE 19899
                                                (302) 421-6800
                                                (302) 421-5873 (Fax)

                                                -and-

                                                G. David Dean
                                                **SAUL EWING LLP**
                                                100 South Charles Street
                                                Baltimore, MD 21201
                                                (410) 332-8600
                                                (410) 332-8862 (Fax)

                                                Counsel for Barry Gold

Dated: December 20, 2005