Mark Minuti    mminuti@saul.com, rwarren@saul.com

Frederick Brian Rosner    frosner@jshllp-de.com,

**1:05-cv-829 Notice will be delivered by other means to:**

Steven Haas
Steven Haas, Pro se
178 East Jewel
Delmar, DE 19807

**1:05-cv-831 Notice will be electronically mailed to:**

Derek C. Abbott    dabbott@mnat.com,

**1:05-cv-831 Notice will be delivered by other means to:**

Robert K. Alber
17685 DeWutt Ave.
Morgan Hill, CA 95037

Steven Haas
Steven Haas, Pro se
178 East Jewel
Delmar, DE 19807



RECEIVED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S. X-RAY

NSN

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

WILMINGTON DE 198
PM
05 DEC 2005