# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
ETOYS, INC., et al.[1],                             :    Case Nos. 01-0706 (RB)
                                                    :    Through 01-0709 (RB)
           Debtors.                                 :
                                                    :
------------------------------------------------------------x
                                                    :
STEVE HAAS (a/k/a LASER HAAS),                      :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
           Appellant,                               :    Civil Action No. 05-829 (KAJ)
                                                    :
           v.                                       :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNEL LLP, AND POST-                       :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
           Appellees.                               :
------------------------------------------------------------x

## APPELLEE'S EMERGENCY MOTION
## FOR STAY OF FURTHER PROCEEDINGS
## ON APPEAL PENDING RESOLUTION OF APPELLEE'S
## (A) MOTION TO DISMISS APPEAL AND (B) MOTION
## TO STRIKE IMPROPERLY DESIGNATED ITEMS

Appellee Traub, Bonacquist & Fox, LLP (TB&F" or "Appellee"), hereby moves this Court for an order staying further proceedings on the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from that certain Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) ("Bankruptcy Court"), dated October 4, 2005, *inter alia*, (i) denying the emergency motion filed

---

[1] The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

D.I. _____9_____
Date __12/19/05__

by CLI/Appellant and (ii) approving settlement agreement between TB&F and the Office of the United States Trustee, for and upon the reasons set forth in its Opinion, dated October 4, 2005, pending adjudication by this Court of Appellee's (a) Motion to Dismiss the Appeal (the "Motion to Dismiss") and (b) Motion to strike items improperly designated by Appellant to be included in the record on this Appeal (the "Motion to Strike"), each filed contemporaneously herewith.

## THE COURT SHOULD STAY ALL PROCEEDINGS IN THIS APPEAL PENDING RESOLUTION OF APPELLEE'S MOTIONS TO DISMISS AND STRIKE

1. Appellee has moved to dismiss the Appeal because Collateral Logistics, Inc. is a corporate entity and therefore an improper *pro se* appellant. For the reasons set forth in the Motion to Dismiss, the fact that Mr. Steven Haas, who claims to own one-hundred (100%) percent of CLI, identifies himself as the appellant should be disregarded by this Court.

2. Appellee has separately moved to strike various items included by CLI/Appellant in its designation of the record on appeal herein, on the basis that CLI/Appellant has improperly attempted to include in the record on appeal a number of documents which were (a) not part of the record in connection with either the specific contested matter below or the Debtors' bankruptcy cases in general and (b) not considered by the Bankruptcy Court in entering the October 4 Order.

3. Appellee should not be put to the burden and expense of preparing its brief on the merits of this Appeal or responding further to filings by CLI/Appellant and/or Mr. Haas until the Motion to Dismiss and Motion to Strike are adjudicated.

4. Accordingly, Appellee requests that the Court enter an order extending the time for it to file its answering brief on the merits of the Appeal to a date that is ten (10) days after the later of (a) entry of a dispositive order adjudicating the Motion to Dismiss has become final and not

16021                                2

subject to an appeal or (b) entry of a dispositive order adjudicating the Motion to Strike has become final and not subject to an appeal.

WHEREFORE, for the foregoing reasons, Appellee respectfully requests that the Court enter an order granting it the relief requested and such other relief as is just and proper.

Dated: December 19, 2005

        **JASPAN SCHLESINGER HOFFMAN LLP**
        Delaware Counsel to Traub, Bonacquist & Fox LLP

        By:   */s/ Frederick B. Rosner*
               Frederick B. Rosner (No. 3995)
               913 North Market Street, 12th Floor
               Wilmington, DE 19801
               Tel:   (302) 351-8000
               Fax:  (302) 351-8010

              -and-

Ronald R. Sussman (RS-0641)
**KRONISH LIEB WEINER & HELLMAN LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:   (212) 479-6000
Fax:  (212) 479-6275

              -and-

James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:   (212) 848-4000
Fax:  (212) 848-7179

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
                                                    :
ETOYS, INC., et al.[1],                             :   Case Nos. 01-0706 (RB)
                                                    :   Through 01-0709 (RB)
            Debtors.                                :
                                                    :
---------------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                      :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
            Appellant,                              :   Civil Action No. 05-829 (KAJ)
                                                    :
        v.                                          :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNEL LLP, AND POST-                       :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
            Appellees.                              :
---------------------------------------------------------------x

## ORDER GRANTING APPELLEE'S MOTION TO STAY PROCEEDINGS

Upon the motion of Appellee Traub, Bonacquist & Fox, LLP (TB&F" or "Appellee"), dated December 19, 2005 (the "Motion"), seeking to stay further proceedings on the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from that certain Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) (the "Bankruptcy Court"), dated October 4, 2005, *inter alia*, denying the emergency motion filed by CLI/Appellant for and upon the reasons set forth in its

---

[1] The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

Opinion, dated October 4, 2005; and Appellee having filed a (i) Motion and related Memorandum of Law to Dismiss the Appeal (the "Motion to Dismiss") and (ii) Motion to strike items improperly designated by Appellant to be included in the record on this Appeal (the "Motion to Strike"); and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that the Motion is granted and the Appellee is not required to file its answering brief to the Appeal until ten (10) days after the later of (a) entry of a dispositive order adjudicating the Motion to Dismiss has become final and not subject to an appeal or (b) entry of a dispositive order adjudicating the Motion to Strike has become final and not subject to an appeal.

Dated: _____, 200\_

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
            Debtors.                            :
                                                :
------------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                  :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
            Appellant,                          :   Civil Action No. 05-829 (KAJ)
                                                :
      v.                                        :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, AND POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
            Appellees.                          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Appellee's Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's (A) Motion to Dismiss Appeal and (B) Motion to Strike Improperly Designated Items* upon the parties listed below by First Class Mail, postage prepaid:

Steven Haas
178 East Jewel
Delmar, DE 19807

Steven Haas
Collateral Logistics, Inc.
12901 Garden Grove Boulevard, Suite 101
Garden Grove, CA 92843

16039

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing
222 Delaware Avenue
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16039                                                                 2