IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ETOYS, INC., et al.,<br><br>      Debtors. | Chapter 11<br><br>Case Nos. 01-0706 (MFW)<br>Through 01-0709 (MFW) |
| STEVEN HAAS (a/k/a LASER HAAS),<br>AS PRESIDENT OF COLLATERAL<br>LOGISTICS, INC.,<br><br>      Appellant,<br><br>v.<br><br>TRAUB, BONACQUIST & FOX LLP,<br>BARRY GOLD, MORRIS NICHOLS<br>ARSHT & TUNNELL LLP, and POST-<br>EFFECTIVE DATE COMMITTEE OF<br>EBC I, INC.,<br><br>      Appellees. | Civil Action No. 05-829 (KAJ)<br><br><br><br><br><br>Related to Docket No. _____ |

## ORDER STAYING PROCEEDINGS

Upon Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion for Stay of Further Proceedings on Appeal Pending Resolution of (A) Motion to Dismiss Appeal and (B) Motion to Strike Improperly Designated Items (the "Motion to Stay"), dated December 29, 2005; and after due deliberation and for cause shown, it is hereby,

**ORDERED,** that the Motion to Stay is GRANTED; and it is further

**ORDERED,** that Appellee Morris, Nichols, Arsht & Tunnell is not required to file its answering brief until fifteen (15) days after the later of (a) the date a dispositive Order adjudicating Appellee Morris, Nichols, Arsht & Tunnell's Motion to Dismiss Appeal becomes final and non-

499223

appealable, (b) the date a dispositive Order adjudicating Appellee Morris, Nichols, Arsht & Tunnell's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a) Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order, becomes final and non-appealable, and (c) CLI/Appellant (as defined in the Motion to Stay) has served and filed its opening brief on appeal

_____
United States District Judge

Dated: _____ \_\_, 200\_\_

499223                                                          2