IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                   :
                                                         :  Chapter 11
                                                         :
ETOYS, INC., et al.,                                     :  Case Nos. 01-0706 (MFW)
                                                         :  Through 01-0709 (MFW)
           Debtors.                                      :
                                                         :
---------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                          :
AS PRESIDENT OF COLLATERAL                               :
LOGISTICS, INC.,                                         :
                                                         :
           Appellant,                                    :  Civil Action No. 05-829 (KAJ)
                                                         :
      v.                                                 :
                                                         :
TRAUB, BONACQUIST & FOX LLP,                             :
BARRY GOLD, MORRIS NICHOLS                               :
ARSHT & TUNNELL LLP, and POST-                           :
EFFECTIVE DATE COMMITTEE OF                              :
EBC I, INC.,                                             :
                                                         :
           Appellees.                                    :
---------------------------------------------------------x

### APPELLEE/CROSS-APPELLANT MORRIS, NICHOLS, ARSHT & TUNNELL'S MOTION TO DISMISS APPEAL

Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell ("MNAT") hereby moves this Court for an Order dismissing the appeal of Steve Haas (a/k/a Laser Haas) ("CLI/Appellant"), as President of Collateral Logistics, Inc. from the October 4, 2005 Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee, and (iii) approving the settlement between the Post-Effective Date Committee and Goldman Sachs & Co.,

499227

for and upon the reasons set forth in its Opinion, also dated October 4, 2005. The reasons supporting this Motion are set forth in Appellee's Motion to Dismiss Appeal and Appellee's Memorandum of Law (together, the "TBF Motion to Dismiss Appeal"), filed by Appellee Traub, Bonacquist & Fox LLP on December 19, 2005. A copy of the TBF Motion to Dismiss Appeal, along with exhibits, is attached hereto and incorporated herein as Exhibit 1.

**WHEREFORE**, MNAT prays that the Court enter an order: (a) dismissing the Appeal with prejudice for the reasons set forth in the TBF Motion to Dismiss Appeal; and (b) granting MNAT such further relief as is just and proper.

                            MORRIS, NICHOLS, ARSHT & TUNNELL

                            By:  /s/ Gregory W. Werkheiser
                                Derek C. Abbott (No. 3376)
                                Gregory W. Werkheiser (No. 3553)
                            1201 N. Market St., 18th Floor
                            P.O. Box 1347
                            Wilmington, DE 19899-1347
                            (302) 658-9200

Dated: Wilmington, Delaware
       December 29, 2005