## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
                                                :
ETOYS, INC., et al.,                            :    Case Nos. 01-0706 (MFW)
                                                :    Through 01-0709 (MFW)
                 Debtors.                        :
                                                :
-----------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                 :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :
                                                :
                 Appellant,                      :    Civil Action No. 05-829 (KAJ)
                                                :
       v.                                       :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNELL LLP, and POST-                  :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :
                                                :
                 Appellees.                      :    Related to Docket No. _____
-----------------------------------------------------x
```

## ORDER DISMISSING APPEAL

Upon Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion to Dismiss Appeal (the "Motion"), dated December 29, 2005, seeking and entry of an Order, dismissing the appeal (the "Appeal") of Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") from the October 4, 2005 Order of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding), *inter alia*, (i) denying the emergency motion filed by CLI/Appellant, (ii) approving settlement agreement between Traub, Bonacquist & Fox LLP and the Office of the United States Trustee, and (iii) approving the settlement between the Post-

499227

Effective Date Committee and Goldman Sachs & Co.; and after due deliberation and for cause shown, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED,** that the Appeal is dismissed *with prejudice*.


_____
United States District Judge

Dated: _____ __, 2006