IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
                                            :
ETOYS, INC., et al.,                        :  Case Nos. 01-0706 (MFW)
                                            :  Through 01-0709 (MFW)
        Debtors.                            :
                                            :
---------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                  :
                                            :
        Appellant,                          :  Civil Action No. 05-830 (KAJ)
                                            :
        v.                                  :
                                            :
TRAUB, BONACQUIST & FOX LLP,                :
BARRY GOLD, MORRIS NICHOLS                  :
ARSHT & TUNNELL LLP, and POST-              :
EFFECTIVE DATE COMMITTEE OF                 :
EBC I, INC.,                                :
                                            :
        Appellees.                          :  Related to Docket No. _____
---------------------------------------------------------x

## ORDER STAYING PROCEEDINGS

Upon Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion for Stay of Further Proceedings on Appeal Pending Resolution of Motion to Strike Improperly Designated Items (the "Motion for Stay"), dated December 29, 2005; and after due deliberation and for cause shown, it is hereby,

   **ORDERED**, that the Motion for Stay is GRANTED; and it is further

   **ORDERED**, that Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell is not required to file its answering brief until the later of fifteen (15) days after (a) the date a dispositive Order adjudicating Appellee Morris, Nichols, Arsht & Tunnell's Motion to Strike Items Improperly

499218

Designated by Robert K. Alber to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order, becomes final and non-appealable, and (b) Appellant Robert K. Alber has served and filed his opening brief on appeal.

                                                                           _____
                                                                           United States District Judge

Dated: _____ ___, 200___