# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                                :
                                                      :   Chapter 11
                                                      :
ETOYS, INC., et al.[1],                               :   Case Nos. 01-0706 (RB)
                                                      :   Through 01-0709 (RB)
            Debtors.                                  :
                                                      :
------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                        :
AS PRESIDENT OF COLLATERAL                            :
LOGISTICS, INC.,                                      :
                                                      :
            Appellant,                                :   Civil Action No. 05-829 (KAJ)
                                                      :
            v.                                        :
                                                      :
TRAUB, BONACQUIST & FOX LLP,                          :
BARRY GOLD, MORRIS NICHOLS                            :
ARSHT & TUNNEL LLP, AND POST-                         :
EFFECTIVE DATE COMMITTEE OF                           :
EBC I, INC.,                                          :
                                                      :
            Appellees.                                :
------------------------------------------------------x
```

## APPELLEE'S MOTION TO STRIKE ITEMS
## IMPROPERLY DESIGNATED BY STEVE HAAS
## (a/k/a LASER HAAS), AS PRESIDENT OF COLLATERAL
## LOGISTICS, INC. TO BE INCLUDED IN THE RECORD ON APPEAL
## OF THE BANKRUPTCY COURT'S OCTOBER 4, 2005 ORDER

Appellee Traub, Bonacquist & Fox LLP (TB&F" or "Appellee"), pursuant to Rule 8006 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves to strike[2] certain

documents improperly designated by Appellant, Steve Haas (a/k/a Laser Haas), as President of

---

[1]    The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC,
       f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

[2]    Pursuant to a motion dated November 3, 2005 filed in the Bankruptcy Court, Appellee sought identical
       relief as is being sought herein from the Bankruptcy Court. Following a hearing held on December 1,
       2005, the Bankruptcy Court Appellees' motion on strictly procedural grounds without prejudice to re-file
       same in the District Court.

D.I. _____ 8
Date _12/19/05_

Collateral Logistics, Inc. ("CLI/Appellant"), to be included in the record on appeal of the October 4,

2005 Order (the "October 4 Order") of the United States Bankruptcy Court, District of Delaware

(Walrath, C.J. presiding) (the "Bankruptcy Court"), *inter alia*, (i) denying in part and granting in part

the emergency motion filed by CLI/Appellant (the "Emergency Motion"), (ii) approving the

settlement agreement between TB&F and the Office of the United States Trustee ("UST Settlement

Motion"), and (iii) approving the settlement between the Post-Effective Date Committee and

Goldman Sachs & Co., for and upon the reasons set forth in the Bankruptcy Court's Opinion, dated

October 4, 2005 ("October 4 Opinion"). In support of this Motion, Appellee respectfully represents

and sets forth as follows:

## BACKGROUND

1.    On March 1, 2005, the Bankruptcy Court held a full evidentiary hearing (the

"Hearing") to consider (a) the Emergency Motion and (b) the UST Settlement Motion. At the

Hearing, the Bankruptcy Court admitted into evidence, without objection, (a) four (4) exhibits

offered by the Appellee and (b) no exhibits offered by the CLI/Appellant, all as reflected in the

transcript of the Hearing.[3]

2.    On October 14, 2005, CLI/Appellant filed its Notice of Appeal of the October 4

Order. On October 24, 2005, pursuant to Bankruptcy Rule 8006, CLI/Appellant filed its Designation

of Record on Appeal (the "Appellant Designation").[4] [Docket No. 2331]. A copy of the Appellant

---

[3]    At the Hearing, the Bankruptcy Court admitted into evidence, without objection, (a) four (4) exhibits
offered by the Appellee and (b) fifteen (15) exhibits offered by Robert K. Alber, *pro se*, all as reflected in
the transcript of the Hearing. In addition, the Bankruptcy Court also admitted into evidence, without
objection, the four deposition transcripts of Paul Traub, Michael Fox, Barry Gold and Michael Busenkell.

[4]    In the Appellant Designation, CLI/Appellant has included characterizations of the substance of the
documents referenced therein. Although Appellee has elected not to move to strike certain documents
identified in the Appellant Designation, such determination should not be interpreted as Appellee's
acquiescence to CLI/Appellant's characterizations. In addition, the Appellant Designation lists (at item
nos. 72-82, respectively) certain tape recordings of conversations, including, but not limited to taped phone
conversations with certain members of TB&F, among others. TB&F submits that to the extent any
telephone conversation involving a member of TB&F was in fact tape recorded, such recording was done
without the TB&F member's prior knowledge or consent. Accordingly, TB&F, and each affected member,

Designation is attached hereto as Exhibit "A." On November 3, 2005, pursuant to Bankruptcy Rule

8006, Appellee filed its "Counter-Designation Of The Record To Be Included In Appeal By Robert

K. Alber, Pro Se Appellant, And Counter-Statement Of The Issues On Appeal" (the "Appellee

Counter-Designation") [Docket No. 2342]. Appellee has included within the Appellee Counter-

Designation all pleadings filed by the Appellant in the Debtors' bankruptcy cases that were not

otherwise stricken by the Bankruptcy Court, all trial exhibits admitted into evidence by the

Bankruptcy Court, and all other relevant matters made a part of the record below in connection with

either the specific contested matter below or the Debtors' bankruptcy cases in general. A copy of the

Appellee Counter-Designation is attached hereto as Exhibit "B."

      3.     In the Appellant Designation, CLI/Appellant has improperly attempted to include in

the record on appeal a number of documents which were (A) not part of the record in connection

with either the specific contested matter below or the Debtors' bankruptcy cases in general, (B) not

considered by the Bankruptcy Court in entering the October 4 Order, (C) items that are totally

incomprehensible so as to be unidentifiable with any precision from which either the court or

interested parties can understand what is intended, (D) items that were stricken from the record by

the Bankruptcy Court, and (E) items that have never been available to either the Bankruptcy Court

below or the other parties in interest, including, but not limited to, Appellee.[5] Specifically,

CLI/Appellant has improperly attempted to designate the following items:

| Designated No. | Description | Category |
|---|---|---|
| 3 | Affidavit of Lee Castillo (2nd) with testimony that the Creditors Committee was deceived in the hiring of Barry Gold. | A,D |

reserves all rights with regard to any such recordings.

[5]    As can be seen from the chart below, Appellee has attempted to categorize as many of the improperly designated items as possible. The categorization is not intended to be exhaustive, and it is possible, indeed likely, that many of the items fall into multiple offensive categories.

| Designated No. | Description | Category |
|---|---|---|
| 4 | Judge Farnan's of Wilmington DE Fed. Bankruptcy District for guidelines on who must apply as Professional Person In re: First Merchs. Acceptance Corp. (D. Del. Dec 15, 1997 97-1500) | A,B,C,E |
| 5 | Rule 2014 on Professional Persons | |
| 6 | Rule 2016 on Professional Persons | |
| 7 | Code 327 (a) Employment of Professional Persons | |
| 8 | Code 101(14) Definitions) | |
| 9 | Code 105 (a) Sua Sponte | |
| 10 | Code 503(b) Substantial Contribution | |
| 11 | Rule 7024 Intervention | |
| 12 | Affidavits of the Firm Traub Bonacquist & Fox affirming non conflict and Disclosure | C |
| 13 | Declaration of Barry Gold as Plan Administrator signed under "penalty of perjury" | C |
| 14 | Affidavits(s) of Morris Nichols Arsht &. Tunnel ("MNAT"). | C |
| 15 | Hearing on Goldman Sachs where MNAT failed to show! | A,B,C |
| 16 | Court Order fining MNAT for failure to show | A,B,C |
| 18 | Excerpt from UST Motion of February 15, 2005 which specifically references where he warned all parties that replacements of any key employee of Debtor had to be "arms length" | C |
| 19 | Transcript of Oct 2002 hearing in Wilmington Delaware! | A,B |
| 20 | Transcript of Nov 2002 hearing in Wilmington Delaware! | A,B |
| 21 | Transcript of Oct 2004 hearing in Wilmington Delaware! | A,B |
| 22 | Transcript of Nov 2004 hearing in Wilmington Delaware! | A,B |
| 23 | Excerpt(s) from Transcript showing Robert Alber (an eToys shareholder) questioning of Barry Gold about a Paul Traub direct connection. Showing premeditated intent by Fred Rosner, TBF, MNAT, Barry Gold and others to deceive! | A,B,C |
| 24 | Excerpt from Transcript of Dec 22, 2005 hearing of US Trustee statement by Frank Perch! | C |
| 26 | Excerpt From Response of Barry Gold on January 25, 2005 with a first time view of the Barry Gold hiring letter, drafted by both Counsels and signed given Barry Gold "willful" circumvention of the Rule(s) and Code at his own volition in an endeavor to avoid Perjury and other Fraud statue violations! | C |
| 33 | Rule 324 (a) Removal | C |
| 34 | Rule 5004 Disqualification of Judge! | C |
| 37 | Appeal Court rulings and standards on the "unambiguous" standard! (emphasis added) | A,B,C,E |
| 38 | UST Handbook and Guidelines on Duties and Fraud as part of the US DOJ | A,B,C,E |

| Designated No. | Description | Category |
|---|---|---|
| 39 | UST Guidelines of 5-1.2.l "Duty to Notify & Refer"! | A,B,C,E |
| 40 | 28 USC 586(A)(3)(F) | A,B,C,E |
| 41 | 5-l .2.2 Judges Order of 18 USC 3057 (a) Duty to Notify & refer! | A,B,C,E |
| 42 | Listing of the 50 Felony violations by specific proof! | A,B,C,E |
| 43 | Janet Reno Reform Act of 1994! | A,B,C,E |
| 44 | 18 USC 155 Fee Agreement statue against Scheme to Fix Fee's! | A,B,C,E |
| 45 | In re: Bonus Sales Document of Asset. Disposition Advisors! | A,B,C,E |
| 46 | In re: Bonus Sales US Trustee note by Mark Kenney! | A,B,C,E |
| 47 | In re: Bonus Sales Transcript of discussion by Mark Kenney "ex parte" of conflicts with a counsel of the Estate and Creditors! | A,B,C,E |
| 52 | KB Toys Case 04-10120 and Counsels of Records listing! | A,B,C,E |
| 53 | Motion by Steve Haas/ CLI of MisPrison in KB Toys 04-10120! | A,B,D |
| 54 | Motion of US Trustee: to Expunge Motion of Haas/CLI in KB Toy Case! | A,B,D |
| 55 | Judge's Order to Expunge Motion of Haas/CLI in KB Toys Case! | A,B,D |
| 56 | Barry Gold's Testimony of connections to Jack Bush of IdeaForest, Bain, Stage Store's, Jumbo Sports! | A,B,C,E |
| 57 | S E C report of Stage Stores which shows Jack Bush and Michael Glazer (CEO of KB Toys)! | A,B,C,E |
| 58 | KB Toys record on pre petition payment of Michael Glazer and others for more than $100 million! | A,B,C,E |
| 59 | KB Toys record on TBF asking to be the one to prosecute the Michael Glazer pre petition payments! | A,B,C,E |
| 60 | eToys Docket Records of purchases by KB Toys of eToys assets! | A,B,C,E |
| 61 | Foothill Loan documentation to eToys of $40 million | A,B,C,E |
| 62 | Barry Gold's Testimony of working with Foothill owner Wells Fargo! | A,B,C,E |
| 63 | Paul Traub Testimony of working with Wells Fargo, Fleet and others! | A,B,C,E |
| 64 | Toyco. International Bankruptcy attorney of record! | A,B,C,E |
| 65 | 18 USC 1961 Code of Racketeer Influenced and Corrupt Organizations! | A,B,C,E |
| 66 | Playco. Documents of sales of assets! | A,B,C,E |
| 67 | Paul Traub of TBF testimony of clients previously worked for! | A,B,C,E |
| 68 | Wells Fargo, Paragon Capital Note of acquisition and OZER Group! | A,B,C,E |

16019

-5-

| Designated No. | Description | Category |
|---|---|---|
| 69 | Haas/CLI contracts in eToys! | A,B,C,E |
| 70 | Haas/CLI "nunc pro tunc" Court Orders in eToys! | A,B,C,E |
| 71 | Excerpts from CLI contracts of "assistance with debtors counsel"! | A,B,C,E |
| 72 | Tape recordings of meetings with Susan Balaschak and Barry Gold! | A,B,C,E |
| 73 | Tape recording of meeting with Paul Traub and Michael Fox in NYC! | A,B,C,E |
| 74 | Tape recording of conversations with US Trustee representative Mark Kenney! | A,B,C,E |
| 75 | Tape recorded meetings with various counsel(s)! | A,B,C,E |
| 76 | Tape recorded meetings with Barry Gold! | A,B,C,E |
| 77 | Tape recorded meetings with David Gatto! | A,B,C,E |
| 78 | Tape recorded meetings with David Haddad! | A,B,C,E |
| 79 | Tape recorded meetings wish and of Howard Steinberg! | A,B,C,E |
| 80 | Tape recorded meetings of conference call at eToys facilities! | A,B,C,E |
| 81 | Tape recorded meetings with Ellen Gordon! | A,B,C,E |
| 82 | Tape Recorded meetings with Richard Cartoon! | A,B,C,E |
| 83 | Haas Affidavit also known as Docket item 816 which the PEDC has entitled a "waiver"! | A,B,C,E |
| 84 | Excerpt(s) from the former Chairman of the Creditors Committee Affidavit! | A,B,C,E |
| 85 | Excerpts from the Pre Plan hearing where Robert Alber requested of the Count that Barry Gold and Paul Traub not receive a "get out of jail FREE CARD" for undisclosed relationships! | A,B,C,E |
| 86 | Kmart document showing Mark Kenney hand picked TBF as Counsel for equity holders | A,B,C,E |
| 87 | Fax of Barry Gold from Gadzooks! | A,B,C,E |
| 88 | US Trustee Motion notes In re: Bonus Sales on the company of Paul Traub and Barry Gold! | A,B,C,E |
| 92 | Document of Johnson & Johnson of Purchase of Baby Center.com from eToys pre petition signed by one "Nancy A. Valente"! | C |
| 93 | Document of formation of the Barry Gold -Paul Traub company of Asset Disposition Advisors ("ADA") registered agent of "Nancy A. Valente"! | C |
| 94 | Paul Traub's testimony on Hutchins Wheeler! | C |
| 95 | Paul Traub's Testimony in his deposition of Feb 9, 2005 where he states that he and Barry Gold were engaged by Fleet! | C |
| 96 | Documentation listing of Claims acquired by Madison in eToys case! | A,B,C,E |

| Designated No. | Description | Category |
|---|---|---|
| 97 | Documentation of Liquidity Solutions acquiring claims in eToys case! | A,B,C,E |
| 98 | TBF attorney of Record in defense of allegations Kronish Lieb! | A,B,C,E |
| 99 | Madison registered agent Kronish Lieb! | A,B,C,E |
| 100 | Liquidation World pre petition purchase of eToys assets! | A,B,C,E |
| 101 | Pioneer Dist Pre Petition of eToys assets! | A,B,C,E |
| 102 | Barry Gold quarterly reports listing and copy in eToys case! | A,B,C,E |
| 103 | PEDC motion to Quash subpoena's of CLI/HAAS! | A,B,C,E |
| 104 | Excerpt of Plan on Plan Administrator Clause 5.2! | A,B,C,E |
| 105 | Excerpt of Plan giving Barry Gold right to settle payment to claimants for less than $1 million without Court approval! | A,B,C,E |
| 106 | Excerpt of Plan giving Barry Gold the right to engage whom he so desires! | A,B,C,E |
| 107 | Committee design document statement by Susan Balaschak pre Plan! | A,B,C,E |
| 108 | Document of letters procured by PEDC of current committee members in response to the Haas/CLI -Robert Alber allegations and entered into Exhibit by the PEDC! | A,B,C,E |
| 109 | Excerpt of the Lee Castillo Affidavit(s) showing early retirement! | A,B,C,E |
| 110 | Document showing 2 members of Goldman Sacks on Board of RR Donnelley an eToys committee co chair! | A,B,C,E |
| 111 | Lawsuit of eToys vs. Goldman Sacks, Fleet and others! | A,B,C,E |
| 112 | Paul Traub affidavit to Do Goldman Sachs Lawsuit! | A,B,C,E |
| 113 | List of Fee Applications Fredrick Rosner! | A,B,C,E |
| 114 | List of Fee Applications MNAT! | A,B,C,E |
| 115 | List of Fee Applications TBF! | A,B,C,E |
| 116 | List of Barry Gold payments! | C |
| 117 | List of European assets eToys estate! | A,B,C,E |
| 118 | List of moneys paid to professional(s) in the eToys case? | A,B,C,E |
| 119 | Comments of Barry Gold on overseas assets! | A,B,C,E |
| 120 | Comments of MNAT on overseas assets! | A,B,C,E |
| 121 | Motion(s) of Stay Pending Appeal? | A,B,C,E |
| 122 | Comments of Susan Balaschak of TBF during the hearing to dismiss CLI claim by His Honor Baxter! | A,B,C,E |
| 123 | Rule(s) and Code(s) on the unlawful retaliation by a counsel in Bankruptcy cases for personal gain or vendetta! | A,B,C,E |
| 124 | Oral arguments to be presented as no one will represent an entity that has alleged Fraud, Corruption against one of the most connected firm(s) in Bankruptcy in Wilmington DE while also stating failures to perform against the US Trustee Office. Personal Correspondence by Lawrence Friedman! | A,B,C,E |
| 125 | Personal Correspondence by Lawrence Friedman! | A,B,C,E |

| Designated No. | Description | Category |
|---|---|---|
| 126 | Document of resignation by Lawrence Friedman! | A,B,C,E |
| 127 | Document of law question "asked and answered" on authority to correct! | A,B,C,E |

(collectively, the "Improperly Designated Items").

## RELIEF REQUESTED

4.      By this Motion, Appellee seeks the entry of an order pursuant to Bankruptcy Rule 8006, *inter alia*, striking the Improperly Designated Items, so that these items are not part of the appellate record on CLI/Appellant's appeal of the October 4 Order.

## APPLICABLE AUTHORITY

5.      Bankruptcy Rule 8006 provides, in pertinent part,

> Within 10 days after filing the notice of appeal as provided by Rule 8001(a), . . . the appellant shall file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented.  Within 10 days after the service of the appellant's statement the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal . . .The record on appeal shall include the items so designated by the parties, the notice of appeal, the judgment, order, or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court. . . .

6.      The record on appeal "should contain all documents and evidence bearing on the proceedings below and considered by the bankruptcy judge in reaching his decision." In re Chateaugay Corp., 64 B.R. 990, 995 (S.D.N.Y. 1986) (quoting In re W.T. Grant Co., 432 F.Supp. 105, 106 (S.D.N.Y. 1977), which interpreted Bankruptcy Rule 8006, the predecessor of Bankruptcy Rule 8006).  *See also* In re Neshaminy Office Bldg. Assocs. , 62 B.R. 798, 802 (E.D. Pa. 1986) (same); In re Food Fair, Inc., 15 B.R. 569, 572 (Bankr. S.D.N.Y. 1981) (same).

7.      To be clear, "items not before the Bankruptcy Court and not considered by it in rendering its decision may not be included in the record." Neshaminy, 62 B.R. at 802 (quoting In re

Candor Diamond Corp., 26 B.R. 844, 846-47 (Bankr. S.D.N.Y. 1983). Deposition transcripts not filed in the underlying bankruptcy case nor offered in evidence during the hearing on the specific matter are not properly part of the record on appeal. In re Saco Local Dev. Corp., 13 B.R. 226, 229-230 (Bankr. D. Me. 1981).

8.    The United States Court of Appeals for the Third Circuit has held that, where a particular contested matter is "sufficiently associated with the general administration of the debtor's estate," the relevant record should include documents filed in the main bankruptcy case. In re Indian Palms Associates, Ltd., 61 F.3d 197, 204-205 (3$^d$ Cir. 1995). The Third Circuit made clear, however, that a document included in the record on appeal is still subject to principles that limit its use, including evidentiary competence and a fair opportunity for rebuttal. Id. at 205.

9.    While in some cases an appellate court can take judicial notice of adjudicative facts "not subject to reasonable dispute," it cannot do so if unfair to a party and would undermine the trial court's fact finding authority. Indian Palms, 61 F.3d at 205-206.

10.    While some courts have held that disputes over the proper content of the appellate record are decided by the Bankruptcy Court in the first instance, there can be no dispute but that this Court has authority to fix the appellate record where a party seeks to improperly include matters, materials and issues that were not before the bankruptcy court below. See Neshaminy, 62 B.R. at 802; In re Armorflite Precision, Inc., 48 B.R. 994, 996 (D. Me. 1985); Food Fair, 15 B.R. at 571; Saco, 13 B.R. at 228–229. But see In re Dow Corning Corp., 263 B.R. 544, 548 (Bankr. E.D. Mich. 2001) (Collier on Bankruptcy, in discussing Rule 8006 cites Dow Corning for the proposition that there is "some doubt" as to whether the appellate may be heard to complain about an overly broad designation of the record and that the rule allows only addition and not subtraction from the record on appeal. Collier goes on to note, however, that the decision is "probably incorrect" citing Chateaugay 64 B.R. at 995 (SDNY 1986)).

## THE COURT SHOULD STRIKE THE
## IMPROPERLY DESIGNATED ITEMS SO THAT THEY
## ARE NOT INCLUDED IN THE RECORD ON APPEAL

11.    The above case law makes clear that the record on appeal should consist of only those items filed with, or introduced before, the Court in connection with the proceedings that were considered by the Bankruptcy Court in entering the October 4 Order or the Debtors' bankruptcy cases, in general.  CLI/Appellant's Improperly Designated Items do not meet any of these requirements and should not be included in the record on appeal.

12.    Finally, none of the Improperly Designated Items may be included in the record under the doctrine of judicial notice, as inclusion would undermine the Court's fact finding authority, as the District Court would consider documents, for the first time on appeal, which were readily available and could have easily been requested to be admitted before this Court.

**WHEREFORE,** Appellee prays that the Court enter an order striking the Improperly Designated Items from the record on appeal of the October 4 Order, and that the Court grant Appellee such further relief as is just and proper.

Dated: December 19, 2005

JASPAN SCHLESINGER HOFFMAN LLP
*Delaware Counsel to Traub, Bonacquist & Fox LLP*

By:    */s/ Frederick B. Rosner*
         Frederick B. Rosner (No. 3995)
         913 North Market Street, 12th Floor
         Wilmington, DE  19801
         Tel:    (302) 351-8000
         Fax:    (302) 351-8010

-and-

Ronald R. Sussman (RS-0641)
**KRONISH LIEB WEINER & HELLMAN LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:    (212) 479-6000
Fax:    (212) 479-6275

-and-

James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:    (212) 848-4000
Fax:    (212) 848-7179

16019                              -11-

# Exhibit "A"

**IN THE UNITED STATES BANKRUPTCY COURT APPEALS COURT FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

In re:

ETOYS , Inc., et al.,                                            Chapter 11

                    Confirmed Debtors              Case Nos. 01-706 thru
                                                   Through 01-709 Jointly Adm.

-------------------------------------------------------X

## DESIGNATION OF ITEM TO BE HEARD AS ISSUE OF RECORD OF APPEAL BY STEVE HAAS / COLLATERAL LOGISTICS, INC.

Pursuant to RULE(s) 8000 – 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, Collateral Logistics, Inc ("CLI") through and by Steve Haas through both 503(b) Substantial Contribution and Rule 7024 Intervention, hereby designates the following items to be included as the Record of Appeal in the Appeal of Her Honor Mary Walrath's Opinion and Order handed down, after more than 5 months of consideration the sanctions of the Firm of Traub Bonacquist & Fox ("TBF") for failure to disclose conflicts of interest and other violations of the code alleged by Steve Haas, CLI and Robert Alber (an eToys equities shareholder).

### DESIGNATION OF RECORD & ISSUES ON APPEAL

1.  The Opinion of the Court on these issues of October 4, 2005

2.  .The Order of the Court on theses issues of October 4, 2005.

3.  Affidavit of Lee Castillo (2nd) with testimony that the Creditors Committee was deceived in the hiring of Barry Gold.

4.  Judge Farnan's of Wilmington DE Fed. Bankruptcy District for guidelines on who must apply as Professional Person In re: First Merchs. Acceptance Corp (D. Del. Dec 15, 1997 97-1500)

5.  Rule 2014 on Professional Persons

6.  Rule 2016 on Professional Persons

7.  Code 327 (a) Employment of Professional Persons

8.  Code 101(14) Definition(s)

9.   Code 105 (a) Sua Sponte

10.  Code 503(b) Substantial Contribution

11.  Rule 7024 Intervention

12.  Affidavits of the Firm Traub Bonacquist & Fox affirming non conflict and Disclosure.

13.  Declaration of Barry Gold as Plan Administrator signed under "penalty of perjury".

14.  Affidavit(s) of Morris Nichols Arsht & Tunnel ("MNAT").

15.  Hearing on Goldman Sachs where MNAT failed to show!

16.  Court Order fining MNAT for failure to show!

17.  US Trustee Motion of February 15, 2005 for Sanctions of TBF for failure to disclose!

18.  Excerpt from UST Motion of February 15, 2005 which specifically references where he warned all parties that replacements of any key employee of Debtor had to be "arms length".

19.  Transcript of Oct 2002 hearing in Wilmington Delaware!

20.  Transcript of Nov 2002 hearing in Wilmington Delaware!

21.  Transcript of Oct 2004 hearing in Wilmington Delaware!

22.  Transcript of Nov 2004 hearing in Wilmington Delaware!

23.  Excerpt(s) from Transcript showing Robert  Alber (an eToys shareholder) questioning of Barry Gold about a Paul Traub direct connection.  Showing premeditated intent by Fred Rosner, TBF, MNAT, Barry Gold and others to deceive!

24.  Excerpt from Transcript of Dec 22, 2005 hearing of US Trustee statement by Frank Perch!

25.  Response by Barry Gold of January 25, 2005!

26.  Excerpt from Response of Barry Gold on January 25, 2005 with a first time view of the Barry Gold hiring letter, drafted by both Counsels and signed given Barry

Gold "willful" circumvention of the Rule(s) and Code at his own volition in an endeavor to avoid Perjury and other Fraud statue violations!

27. Response of the Post Effective Date Committee ("PEDC") of January 25, 2005

28. Response of TBF on January 25, 2005!

29. Motion(s) of Haas/CLI to disqualify & disgorge!

30. Motion(s) of Robert Alber to disqualify & disgorge!

31. Transcript of the February 1, 2005 hearing!

32. Transcript of the January 21, 2005 hearing!

33. Rule 324 (a) Removal.

34. Rule 5004 Disqualification of Judge!

35. Transcript of the March 1, 2005 hearing.

36. US Trustee Motion to Settle TBF issue(s) of February 25, 2005.

37. Appeal Court rulings and standards on the "unambiguous" standard! (emphasis added)

38. UST Handbook and Guidelines on Duties and Fraud as part of the US DOJ.

39. UST Guidelines of 5-1.2.1 "Duty to Notify & Refer"!

40. 28 USC 586(A)(3)(F)

41. 5-1.2.2 Judges Order of 18 USC 3057 (a) Duty to Notify & refer!

42. Listing of the 50 Felony violations by specific proof!

43. Janet Reno Reform Act of 1994!

44. 18 USC 155 Fee Agreement statue against Scheme to Fix Fee's!

45. In re: Bonus Sales Document of Asset Disposition Advisors!

46. In re: Bonus Sales US Trustee note by Mark Kenney!

47. In re: Bonus Sales Transcript of discussion by Mark Kenney "ex parte" of conflicts with a counsel of the Estate and Creditors!

48. In re: Homelife Docket items by Paul Traub and Barry Gold in spring of 2001.

49. Sec of State of Delaware on Asset Disposition Advisors ("ADA")!

50. Sec of State of NY on ADA!

51. Sec of State of NY on Revocation of the entity of Traub Bonacquist & Fox!

52. KB Toys Case 04-10120 and Counsels of Records listing!

53. Motion by Steve Haas/ CLI of MisPrison in KB Toys 04-10120!

54. Motion of US Trustee to Expunge Motion of Haas/CLI in KB Toy Case!

55. Judge's Order to Expunge Motion of Haas/CLI in KB Toys Case!

56. Barry Gold's Testimony of connections to Jack Bush of IdeaForest, Bain, Stage Store's, Jumbo Sports!

57. S E C report of Stage Stores which shows Jack Bush and Michael Glazer (CEO of KB Toys)!

58. KB Toys record on pre petition payment of Michael Glazer and others for more than $100 million!

59. KB Toys record on TBF asking to be the one to prosecute the Michael Glazer pre petition payments!

60. eToys Docket Records of purchases by KB Toys of eToys assets!

61. Foothill Loan documentation to eToys of $40 million.

62. Barry Gold's Testimony of working with Foothill owner Wells Fargo!

63. Paul Traub Testimony of working with Wells Fargo, Fleet and othes!

64. Toyco. International Bankruptcy attorney of record!

65. 18 USC 1961 Code of Racketeer Influenced and Corrupt Organizations!

66. Playco. Documents of sales of assets!

67. Paul Traub of TBF testimony of clients previously worked for!

68. Wells Fargo, Paragon Capital Note of acquisition and OZER Group!

69. Haas/CLI contracts in eToys!

70. Haas/CLI "nunc pro tunc" Court Orders in eToys!

71. Excerpts from CLI contracts of "assistance with debtors counsel"!

72. Tape recordings of meetings with Susan Balaschak and Barry Gold!

73. Tape recording of meeting with Paul Traub and Michael Fox in NYC!

74. Tape recording of conversations with US Trustee representative Mark Kenney!

75. Tape recorded meetings with various counsel(s)!

76. Tape recorded meetings with Barry Gold!

77. Tape recorded meetings with David Gatto!

78. Tape recorded meetings with David Haddad!

79. Tape recorded meetings with and of Howard Steinberg!

80. Tape recorded meetings of conference call at eToys facilities!

81. Tape recorded meetings with Ellen Gordon!

82. Tape Recorded meetings with Richard Cartoon!

83. Haas Affidavit also known as Docket item 816 which the PEDC has entitled a "waiver"!

84. Excerpt(s) from the former Chairman of the Creditors Committee Affidavit!

85. Excerpts from the Pre Plan hearing where Robert Alber requested of the Court that Barry Gold and Paul Traub not receive a "get out of jail FREE CARD" for undisclosed relationships!

86. Kmart document showing Mark Kenney hand picked TBF as Counsel for equity holders!

87. Fax of Barry Gold from Gadzooks!

88. US Trustee Motion notes In re: Bonus Sales on the company of Paul Traub and Barry Gold!

89. Document record(s) of Finova Bankruptcy Case 01-705!

90. MNAT affidavits in Finova Bankruptcy Case!

91. MNAT affidavits in eToys!

92. Document of Johnson & Johnson of Purchase of Baby Center.com from eToys pre petition signed by one "Nancy A. Valente"!

93. Document of formation of the Barry Gold –Paul Traub company of Asset Disposition Advisors ("ADA") registered agent of "Nacny A Valente"!

94. Paul Traub's testimony on Hutchins Wheeler!

95. Paul Traub's Testimony in his deposition of Feb 9, 2005 where he states that he and Barry Gold were engaged by Fleet!

96. Documentation listing of Claims acquired by Madison in eToys case!

97. Documentation of Liquidity Solutions acquiring claims in eToys case!

98. TBF attorney of Record in defense of allegations Kronish Lieb!

99. Madison registered agent Kronish Lieb!

100. Liquidation World pre petition purchase of eToys assets!

101. Pioneer Dist Pre Petition of etoys assets!

102. Barry Gold quarterly reports listing and copy in eToys case!

103. PEDC motion to Quash subpeona's of CLI/HAAS!

104. Excerpt of Plan on Plan Administrator Clause 5.2!

105. Excerpt of Plan giving Barry Gold right to settle payment to claimants for less than $1 million without Court approval!

106. Excerpt of Plan giving Barry Gold the right to engage whom he so desires!

107. Committee design document statement by Susan Balaschak pre Plan!

108. Document of letters procured by PEDC of current committee members in response to the Haas/CLI –Robert Alber allegations and entered into Exhibit by the PEDC!

109. Excerpt of the Lee Castillo Affidavit(s) showing early retirement!

110. Document showing 2 members of Goldman Sachs on Board of RR Donnelley an ctoys committee co chair!

111. Lawsuit of cToys vs. Goldman Sachs, Fleet and others!

112. Paul Traub affidavit to Do Goldman Sachs Lawsuit!

113. List of Fee Applications Fredrick Rosner!

114. List of Fee Applications MNAT!

115. List of Fee Applications TBF!

116. List of Barry Gold payments!

117. List of European assets cToys estate!

118. List of monies paid to professional(s) in the cToys case!

119. Comments of Barry Gold on overseas assets!

120. Comments of MNAT on overseas assets!

121. Motion(s) of Stay Pending Appeal!

122. Comments of Susan Balaschak of TBF during the hearing to dismiss CLI claim by His Honor Baxter!

123. Rule(s) and Code(s) on the unlawful retaliation by a counsel in Bankruptcy cases for personal gain or vendetta!

124. Oral arguments to be presented as no one will represent an entity that has alleged Fraud, Corruption against one of the most connected firm(s) in Bankruptcy in Wilmington DE while also stating failure to perform against the US Trustee Office.

125. Personal Correspondence by Lawrence Friedman!

126. Document of resignation by Lawrence Friedman!

127. Document of law question"asked and answered" on authority to correct!

Whereas Appellant states that a copy of this is executed this 21st Day of October 2005and sent to be received by the Clerk of the Court for docket submission on Oct 24, 2005 in accordance with Appeal Rules 8000 thru 8009!
A copy will be mailed to the Appellee, the US Trustee office and an email copy of same sent to Appellee!

Respectfull submitted.

*Steven Haas*  10-21-2005

Steve Haas
President, CEO and Sole Shareholder
Collateral Logistics, Inc.

302 521 7770
laserhaas@msn.com
bhaass@aol.com

## Steven Fox

| | |
|---|---|
| **From:** | Frederick B. Rosner [frosner@jshllp-de.com] |
| **Sent:** | Wednesday, October 26, 2005 12:48 PM |
| **To:** | Steven Fox; Minuti, Mark; Susan Balaschak |
| **Subject:** | FW: Ch-11 01-00706-MFW Designation of Items (Appellant) (Ap) - ETOYS, Inc., A Del |

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010
Mobile: 302-588-4253
E-mail: frosner@jshllp-de.com

---

**From:** DEBdb_ECF_Reply@deb.uscourts.gov [mailto:DEBdb_ECF_Reply@deb.uscourts.gov]
**Sent:** Wednesday, October 26, 2005 12:35 PM
**To:** dummail@deb.uscourts.gov
**Subject:** Ch-11 01-00706-MFW Designation of Items (Appellant) (Ap) - ETOYS, Inc., A Del

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from entered on 10/26/2005 at 12:34 PM EDT and filed on 10/24/2005

| | |
|---|---|
| **Case Name:** | ETOYS, Inc., A Delaware Corporation |
| **Case Number:** | 01-00706-MFW |
| **Document Number:** | 2331 |

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s)[2326], [2329] ) Filed by Steven Haas Appellee designation due by 11/3/2005. Transmission of Designation Due by 11/23/2005. (ALC, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\Anissa\4.pdf

10/26/2005

# Exhibit "B"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------x
```
| | |
|---|---|
| In re: | : |
| | :   Chapter 11 |
| | : |
| ETOYS, INC., et al.[1], | :   Case Nos. 01-0706 (RB) |
| | :   Through 01-0709 (RB) |
|     Debtors. | : |
| | : |
```
------------------------------------------------------x
```
| | |
|---|---|
| STEVE HAAS (a/k/a LASER HAAS), | : |
| AS PRESIDENT OF COLLATERAL | : |
| LOGISTICS, INC., | : |
| | : |
|     Appellant, | :   Civil Action No. 05-_____ |
| | : |
|     v. | : |
| | : |
| TRAUB, BONACQUIST & FOX LLP, | : |
| BARRY GOLD, MORRIS NICHOLS | : |
| ARSHT & TUNNEL LLP, AND POST- | : |
| EFFECTIVE DATE COMMITTEE OF | :   [Related to Docket No. 2331] |
| EBC I, INC., | : |
| | : |
|     Appellees. | : |
```
------------------------------------------------------x
```

**APPELLEE'S COUNTER-DESIGNATION OF THE
RECORD TO BE INCLUDED IN THE APPEAL OF STEVE HAAS
(a/k/a LASER HAAS), AS PRESIDENT OF COLLATERAL LOGISTICS,
INC., AND COUNTER STATEMENT OF THE ISSUES ON APPEAL**

Appellee Traub, Bonacquist & Fox LLP (TB&F" or "Appellee"), pursuant to

Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

hereby submits (i) the following items to be included in the Record on Appeal herein, in

addition to those items designated by Appellant, Steve Haas (a/k/a Laser Haas), as

President of Collateral Logistics, Inc. ("CLI/Appellant"), and (ii) Appellee's Counter-

---

[1]    The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution,
LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

Statement of the Issues on Appeal[2], in connection with CLI/Appellant's appeal of the

October 4, 2005 Order (the "October 4 Order") of the United States Bankruptcy Court,

District of Delaware (Walrath, C.J. presiding) (the "Court"), *inter alia*, (i) denying in part

and granting in part the emergency motion filed by CLI/Appellant (the "Emergency

Motion"), (ii) approving settlement agreement between TB&F and the Office of the

United States Trustee ("UST Settlement Motion"), and (iii) approving settlement between

the Post-Effective Date Committee and Goldman Sachs & Co., for and upon the reasons

set forth in its Opinion, dated October 4, 2005.

## COUNTER-DESIGNATION OF RECORD ON APPEAL

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 1. | 11/24/04 | 2128 | Motion for Order Approving Settlement With Goldman, Sachs & Co. |
| 2. | 12/14/2004 | 2141 | Objection by Collateral Logistics, Inc. to PEDC Motion to Settle With Goldman Sachs & Co. and Request for Court Action of Sanctions and Removal per Rule Due to Failure to Disclose and Possible Fraud. |
| 3. | 12/15/2004 | 2138 | Objection by Robert K. Alber to the Proposed Goldman Sachs & Co. Settlement. |
| 4. | 12/15/2004 | 2139 | Certification of No Objection of PEDC to Motion for Order Approving Settlement with Goldman Sachs & Co. (WITHDRAWN) |

---

[2]       In its Designation of the Record on Appeal, Appellant has failed to identify documents by their correct titles or by official docket numbers. As a result, Appellees are unable to determine precisely what documents Appellant is referring to in its Designation of the Record. Accordingly, in this Counter-Designation, Appellees herein designate all those items that it believes should be included in the Record on Appeal. In doing so, Appellee has included within the designated record all pleadings filed by Appellant that were not otherwise stricken by the Bankruptcy Court. In addition, Appellant has designated numerous items that were not part of the record below, and are inappropriate for inclusion in the Record on Appeal. Consequently, Appellees reserve the right to seek an order striking certain items from Appellant's designation.

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 5. | 12/15/2004 | 2143 | Notice of Withdrawal filed by PEDC to Certification of No Objection of PEDC Motion for Order Approving Settlement with Goldman Sachs & Co. |
| 6. | 12/20/2004 | 2145 | (Emergency) Motion filed by Robert K. Alber to Allow an Official Investigation, Request that Sanctions, Disgorgement of Fees and Immediate Removal of Barry Gold, Paul Traub, Michael Fox and Traub, Bonacquist & Fox LLP, Among Others be Effected Immediately |
| 7. | 12/22/2004 | 2146 | (Emergency) Motion of Collateral Logistics, Inc. to Allow Facts in Evidence, to Disqualify Traub, Bonacquist & Fox as Council for Creditors Committee and Request to Remove Barry Gold |
| 8. | 1/4/05 | 2152 | Transcript of Hearing Held on December 22, 2004 Before the Honorable Mary F. Walrath |
| 9. | 1/25/2005 | 2169 | Barry Gold's Response to Emergency Motions filed by Robert K. Alber and Collateral Logistics, Inc. |
| 10. | 1/25/2005 | 2170 | PEDC's Response in Opposition to Emergency Motions filed by Collateral Logistics, Inc. and Robert K. Alber |
| 11. | 1/25/2005 | 2171 | Objection by Traub, Bonacquist & Fox LLP to Motions Seeking, *Inter Alia*, Sanctions, Disgorgement of Fees, and Immediate Removal of Traub, Bonacquist & Fox LLP filed by Robert K. Alber and Collateral Logistics, Inc. |
| 12. | 1/25/2005 | 2173 | Omnibus Response and Objection of EBC I, Inc., f/k/a eToys, Inc. Reorganized Debtor, to: (I) Objection of Robert K. Alber, on Behalf of Himself and Purported eToys Shareholders Group, to Motion for Order Approving Settlement with Goldman, Sachs & Co.; (II) Objection by Collateral Logistics, Inc. to PEDC Motion to Settle with Goldman Sachs and Request for Court Action of Sanctions and Removal all per Rule Due to Failure to Disclose and Possible Fraud; (III) Motion of Robert K. Alber, on Behalf of Himself and Purported eToys Shareholders Group, for Various Relief; and (IV) Motion of Collateral Logistics, Inc. for Various Relief |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---------|-----------|-----------|------------------------|
| 13. | 1/25/2005 | 2178 | Motion of Robert K. Alber to Allow an Official Investigation by Initiated by the Court, the US Trustee Office, and/or the SEC into Violations of Code (a) and Rule 2014, and others, and Request that Sanctions, Disgorgement of Fees and the Immediate Removal of Debtors Counsel as Represented by Robert Dehney, Michael Busenkell, Gregory Werkheiser and Morris, Nichols, Arsht & Tunnell (MNAT), Among Others, be Effected Immediately |
| 14. | 2/8/05 | 2191 | Transcript of Hearing Held on February 1, 2005 Before the Honorable Mary F. Walrath |
| 15. | 2/9/2005 | 2189 | Scheduling Order (w/Revisions) re: Motions and MNAT Disqualification Motion |
| 16. | 2/11/2005 | 2193 | Objection of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |
| 17. | 2/11/2005 | 2194 | Response to and Reaffirmation of Emergency Requests Concerning Criminal and Civil Acts by Multiple Parties in the eToys Collective Cases, filed by Collateral Logistics, Inc. |
| 18. | 2/15/2005 | 2195 | United States Trustee's Motion for Entry of an Order Directing Disgorgement of Fees to be Paid to Traub, Bonacquist & Fox (TBF) for Services Rendered as Counsel to the Official Committee of Unsecured Creditors |
| 19. | 2/24/2005 | 2201 | United States Trustee's Motion to Approve Settlement of Motion for Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---------|-----------|-----------|------------------------|
| 20. | 2/24/2005 | 2202 | United States Trustee's Motion to Shorten Time, to Limit Notice and to Approve Form and Manner of Notice in Connection with Motion to Approve Settlement of Motion for Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors |
| 21. | 2/25/2005 | 2205 | Emergency Motion by Traub, Bonacquist & Fox LLP to Continue Evidentiary Hearings |
| 22. | 2/28/2005 | 2210 | Order (with Revisions by the Court) Granting Traub, Bonacquist & Fox LLP's Emergency Motion to Continue Evidentiary Hearings |
| 23. | 3/1/2005 | 2212 | Limited Joiner and Response of Collateral Logistics, Inc. and Steve Haas to the US Trustee's Motion for Disgorgement and Earlier Statements of Disqualification of the Firm Traub, Bonacquist & Fox Along with Replacement of Barry Gold as Plan Administrator and Disqualification and Disgorgement of the Firm of Morris, Nichols Arsht & Tunnell |
| 24. | 3/1/2005 | 2213 | Hearing held on 3/1/2005 – Sign In Sheet |
| 25. | 3/1/2005 | 2214 | Response Of Steve Haas President Of Collateral Logistics, Inc. To Barry Gold's Response On January 25th 2005 To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert K. Alber An eToys Shareholder Which Requested Emergency Actions Of The Court In The eToys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22nd 2004 Including Sanctions Of Disqualification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Under The Code To Correct Matters |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---------|-----------|-----------|------------------------|
| 26. | 3/1/2005 | 2215 | Response Of Steve Haas President Of Collateral Logistics, Inc. Morris Nichols Arsht & Tunnel On January 25th 2005 Along With Their Relative Response In Feb. To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert K. Alber An eToys Shareholder Which Requested Emergency Actions Of The Court In The eToys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22, 2004 Including Sanctions Of Disqualification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Specifically To Assure Good Faith Compliance To The Plan By Debtor Under The Code To Correct Matters Of Fraud On Disclosure |
| 27. | 3/1/2005 | 2216 | Response Of Steve Haas President Of Collateral Logistics, Inc. To The Offer To Compromise And/Or Settle The Traub Bonacquist & Fox Along With Barry Gold And Other Related Matters With Broad Indemnification Language Presented That Is Hereby Objected To As Being Far To Lenient |
| 28. | 3/1/2005 | 2217 | Affidavit of Collateral Logistics, Inc. that Collateral Logistics, Inc. is Pro Se |
| 29. | 3/5/2005 | 2220 | Supplemental Response of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |
| 30. | 3/9/2005 | 2221 | Joinder of Robert K. Alber Inter Alia the US Trustee's Motion for Entry of an Order Directing Disgorgement of Fees Paid to the Traub, Bonacquist & Fox LLP et al for Services Rendered as Counsel to Official Committee of Unsecured Creditors with this week Response to the Hearing of March 1, 2005 and the New Evidence Issues |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 31. | 3/9/2005 | 2222 | Supplemental Statement of Robert K. Alber, eToys Shareholder, Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator (on behalf of Robert K. Alber as well as other ETYSQ shareholders of record) |
| 32. | 3/11/2005 | 2223 | Certificate of Service of Robert K. Alber to Joinder Inter Alia re: the US Trustee's Motion for Disgorgement of Fees Paid to Traub, Bonacquist & Fox LLP |
| 33. | 3/11/2005 | 2224 | Certificate of Service of Robert K. Alber to Supplemental Statement Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator |
| 34. | 3/15/2005 | 2225 | United States Trustee's Reply to Pleadings Styled as (A) Robert K. Alber Joining Inter Alia the United States Trustee's Motion for Order Directing Disgorgement of Fees Paid to Traub, Bonacquist & Fox LLP et al for Services Rendered as Counsel to Official Committee of Unsecured Creditors with This One Week Response to the Hearing of March 1, 2005 and the New Evidence Issues (D.I. 2221) and (B) Supplemental Statement by Robert K. Alber, eToys Shareholder, Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator (D.I. 2222) |
| 35. | 3/15/2005 | 2226 | Response by Traub, Bonacquist & Fox LLP (A) in Support of US Trustee's Motion Seeking Approval of a Settlement with Traub, Bonacquist & Fox LLP and (B) in Opposition to (i) Supplemental Statement and Joinder in US Trustee Sanctions Motion Filed by Robert K. Alber, (ii) Limited Joinder and Response of Collateral Logistics, Inc. and Steve Haas to the US Trustee's Motion for Disgorgement and (iii) Response of Steve Haas President of Collateral Logistics, Inc. to the US Trustee's Offer to Compromise and/or Settle with Traub, Bonacquist & Fox LLP (Dockets Nos. 2145, 2146, 2201, 2202, 2211, 2216, 2221 and 2222 respectively) |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 36. | 3/15/2005 | 2227 | Barry Gold's Response to Robert K. Alber's Joining of United States Trustee's Motion for Disgorgement (Docket No. 2221) and Supplement Statement (Docket No. 2222) |
| 37. | 3/15/2005 | 2228 | Transcript from Hearing held on March 1, 2005 |
| 38. | 3/15/2005 | 2229 | Response of EBCI, Inc. f/k/a eToys, Inc. Reorganized Debtor, to Supplemental Statement of Robert K. Alber |
| 39. | 3/15/2005 | 2231 | Response by Robert K. Alber to Supplemental Response of MNAT, eToys Debtors Counsel, eToys Docket 2220, which is a Response to eToys Docket 2178, Requesting Disqualification of MNAT, Disgorgement of Compensation Paid to MNAT for Services Rendered, Sanctions, and Other Relief, for Not Disclosing the Fact that they, MNAT, Had Not Disclosed their Relationship with Goldman Sachs (GS) and General Electric (GECC) |
| 40. | 3/17/2005 | 2232 | Second Supplemental Response of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |
| 41. | 10/4/2005 | 2319 | Opinion DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert K. Alber; APPROVING Settlement Between U.S. Trustee and Traub, Bonacquist, Fox LLP; APPROVING Settlement with Goldman Sachs & Co. |
| 42. | 10/4/2005 | 2320 | Order DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert K. Alber; APPROVING Settlement between U.S. Trustee and Traub, Bonacquist, Fox LLP; APPROVING Settlement with Goldman Sachs & Co. |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 43. | 10/4/2005 | 2321 | Certificate of Service filed by Barry Gold, as Plan Administrator for the Substantively Consolidated Chapter 11 Estates of EBCI, Inc. f/k/a eToys, Inc. et al, for the Court's October 4, 2005 Opinion and October 4, 2005 Order |
| 44. | 10/14/2005 | 2326 | Notice of Appeal Of The Court's Decision Entered On October 4, 2005. Appeal Number 05-70, filed by Steven Haas, President of Collateral Logistics, Inc. |
| 45. | 10/14/2005 | 2327 | Notice of Appeal Of The Court's Decision Entered On October 4, 2005, filed by Robert K. Alber. |
| 46. | 11/24/05 | 2329 | Notice of Conditional Cross-Appeal |
| 47. | | | Transcript of Deposition of Paul Traub of February 9, 2005 |
| 48. | | | Transcript of Deposition of Michael S. Fox of February 9, 2005 |
| 49. | | | Transcript of Deposition of Barry Gold of February 9, 2005 |
| 50. | | | Transcript of Deposition of Michael Busenkell of February 9, 2005 |
| | | | **Traub, Bonacquist & Fox Exhibits** |
| 51. | | * | Two Page Documents. |
| 52. | | * | A1- Deposition of Paul Traub |
| 53. | | * | A2- Home Life Document |
| 54. | | * | A3- Billing Statements |
| 55. | | * | A4- New York Court Documents |
| 56. | | * | A6- Secretary of State Document |
| 57. | | * | T1- Paul Traub Declaration |

---

\*     March 1, 2005 Hearing Exhibit.

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---------|-----------|-----------|-------------------------|
| 58. | | * | T2- Michael Fox Declaration |
| 59. | | * | G1- Barry Gold Declaration |
| 60. | | * | G2- Plan Administrator Agreement |
| | | | **Morris Nichols Arsht & Tunnell Exhibits** |
| 61. | | * | A1- Docket 868 |
| 62. | | * | A2- Docket 873 |
| 63. | | * | A3- Compilation |
| 64. | | * | A4- Transcript of December 6, 2001 |
| 65. | | * | A5- Transcript of November 19, 2001 |
| 66. | | * | A6- Billing Excerpts |
| 67. | | * | A7- Transcript of November 1, 2002 |
| 68. | | * | A8- TB&F Billing Statements |
| 69. | | * | MNAT's Objection and Attachments |

In accordance with Bankruptcy Rule 8006 and Local Rule 8006.1, Appellee has provided copies of the items designated herein to the Clerk of the Bankruptcy Court.

## COUNTER-STATEMENT OF ISSUES ON APPEAL[3]

1.    Whether the Bankruptcy Court's Opinion and October 4 Order, which denied the CLI Emergency Motion [Docket No. 2146] were clearly erroneous?

2.    Whether the Bankruptcy Court was correct in determining that the UST Settlement Motion should have been approved under Section 105(a) and Bankruptcy Rule 9019(a) as being within the range of reasonableness?

---

[3]     Appellant has sought to identify numerous issues on appeal. Appellee submits that most of the issues raised by appellant are not relevant to and should not be heard as part of this appeal. Appellee reserves all rights as to the scope of the issues to be heard on this appeal.

WHEREFORE, Appellee respectfully requests that the Clerk of the Bankruptcy

Court transmit this Counter-Designation and the Record on Appeal to the Clerk of the

United States District Court, District of Delaware.

Dated: November 3, 2005

<div style="margin-left: 3em;">

**JASPAN SCHLESINGER HOFFMAN LLP**
*Delaware Counsel to Traub, Bonacquist & Fox LLP*

By:   */s/ Frederick B. Rosner*
       Frederick B. Rosner (No. 3995)
       913 North Market Street, 12th Floor
       Wilmington, DE 19801
       Tel:   (302) 351-8000
       Fax:   (302) 351-8010

           -and-

Ronald R. Sussman (RS-0641)
**KRONISH LIEB WEINER & HELLMAN LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:   (212) 479-6000
Fax:   (212) 479-6275

           -and-

James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:   (212) 848-4000
Fax:   (212) 848-7179

</div>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
```
In re:                                           :
                                                 :   Chapter 11
                                                 :
ETOYS, INC., et al.[1],                          :   Case Nos. 01-0706 (RB)
                                                 :   Through 01-0709 (RB)
          Debtors.                               :
                                                 :
```
-------------------------------------------------x
```
STEVE HAAS (a/k/a LASER HAAS),                   :
AS PRESIDENT OF COLLATERAL                       :
LOGISTICS, INC.,                                 :
                                                 :
          Appellant,                             :   Civil Action No. 05-829 (KAJ)
                                                 :
          v.                                     :
                                                 :
TRAUB, BONACQUIST & FOX LLP,                     :
BARRY GOLD, MORRIS NICHOLS                       :
ARSHT & TUNNEL LLP, AND POST-                    :
EFFECTIVE DATE COMMITTEE OF                      :
EBC I, INC.,                                     :
                                                 :
          Appellees.                             :
```
-------------------------------------------------x
```

## ORDER GRANTING APPELLEE'S MOTION TO STRIKE ITEMS IMPROPERLY DESIGNATED BY STEVE HAAS (a/k/a LASER HAAS), AS PRESIDENT OF COLLATERAL LOGISTICS, INC., TO BE INCLUDED IN THE RECORD ON APPEAL OF THE COURT'S OCTOBER 4, 2005 ORDER

THE COURT having considered Appellee Traub, Bonacquist & Fox LLP's

Motion ("Motion") to Strike Items Improperly Designated By Appellant, Steve Haas

(a/k/a Laser Haas), as President of Collateral Logistics, Inc. ("CLI/Appellant") To Be

Included In The Record On Appeal; and upon consideration of the pleadings filed in this

matter, the evidence presented at the Hearing, and the arguments of counsel; and after

---

[1]      The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

due deliberation thereon; and good and sufficient cause appearing therefore, IT IS

ORDERED:

    1.     The Motion is GRANTED.

    2.     The following items designated by CLI/Appellant shall not be included in

the record on appeal of the Court's October 4, 2005 Order (as defined in the Motion):

| Designated No. | Description |
|---|---|
| 3 | Affidavit of Lee Castillo (2nd) with testimony that the Creditors Committee was deceived in the hiring of Barry Gold. |
| 4 | Judge Farnan's of Wilmington DE Fed. Bankruptcy District for guidelines on who must apply as Professional Person In re: First Merchs. Acceptance Corp. (D. Del. Dec 15, 1997 97-1500) |
| 5 | Rule 2014 on Professional Persons |
| 6 | Rule 2016 on Professional Persons |
| 7 | Code 327 (a) Employment of Professional Persons |
| 8 | Code 101(14) Definitions) |
| 9 | Code 105 (a) Sua Sponte |
| 10 | Code 503(b) Substantial Contribution |
| 11 | Rule 7024 Intervention |
| 12 | Affidavits of the Firm Traub Bonacquist & Fox affirming non conflict and Disclosure |
| 13 | Declaration of Barry Gold as Plan Administrator signed under "penalty of perjury" |
| 14 | Affidavits(s) of Morris Nichols Arsht &. Tunnel ("MNAT"). |
| 15 | Hearing on Goldman Sachs where MNAT failed to show! |
| 16 | Court Order fining MNAT for failure to show |
| 18 | Excerpt from UST Motion of February 15, 2005 which specifically references where he  warned all parties that replacements of any key employee of Debtor had to be "arms length" |
| 19 | Transcript of Oct 2002 hearing in Wilmington Delaware! |
| 20 | Transcript of  Nov 2002 hearing in Wilmington Delaware! |
| 21 | Transcript of Oct 2004 hearing in Wilmington Delaware! |
| 22 | Transcript of Nov 2004 hearing in Wilmington Delaware! |

| Designated No. | Description |
|---|---|
| 23 | Excerpt(s) from Transcript showing Robert Alber (an eToys shareholder) questioning of Barry Gold about a Paul Traub direct connection. Showing premeditated intent by Fred Rosner, TBF, MNAT, Barry Gold and others to deceive! |
| 24 | Excerpt from Transcript of Dec 22, 2005 hearing of US Trustee statement by Frank Perch! |
| 26 | Excerpt From Response of Barry Gold on January 25, 2005 with a first time view of the Barry Gold hiring letter, drafted by both Counsels and signed given Barry Gold "willful" circumvention of the Rule(s) and Code at his own volition in an endeavor to avoid Perjury and other Fraud statue violations! |
| 33 | Rule 324 (a) Removal |
| 34 | Rule 5004 Disqualification of Judge! |
| 37 | Appeal Court rulings and standards on the "unambiguous" standard! (emphasis added) |
| 38 | UST Handbook and Guidelines on Duties and Fraud as part of the US DOJ |
| 39 | UST Guidelines of 5-1.2.1 "Duty to Notify & Refer"! |
| 40 | 28 USC 586(A)(3)(F) |
| 41 | 5-1 .2.2 Judges Order of 18 USC 3057 (a) Duty to Notify & refer! |
| 42 | Listing of the 50 Felony violations by specific proof! |
| 43 | Janet Reno Reform Act of 1994! |
| 44 | 18 USC 155 Fee Agreement statue against Scheme to Fix Fee's! |
| 45 | In re: Bonus Sales Document of Asset. Disposition Advisors! |
| 46 | In re: Bonus Sales US Trustee note by Mark Kenney! |
| 47 | In re: Bonus Sales Transcript of discussion by Mark Kenney "ex parte" of conflicts with a counsel of the Estate and Creditors! |
| 52 | KB Toys Case 04-10120 and Counsels of Records listing! |
| 53 | Motion by Steve Haas/ CLI of MisPrison in KB Toys 04-10120! |
| 54 | Motion of US Trustee: to Expunge Motion of Haas/CLI in KB Toy Case! |
| 55 | Judge's Order to Expunge Motion of Haas/CLI in KB Toys Case! |
| 56 | Barry Gold's Testimony of connections to Jack Bush of IdeaForest, Bain, Stage Store's, Jumbo Sports! |
| 57 | S E C report of Stage Stores which shows Jack Bush and Michael Glazer (CEO of KB Toys)! |
| 58 | KB Toys record on pre petition payment of Michael Glazer and others for more than $100 million! |
| 59 | KB Toys record on TBF asking to be the one to prosecute the Michael Glazer pre petition payments! |

16020                                    3

| Designated No. | Description |
|---|---|
| 60 | eToys Docket Records of purchases by KB Toys of eToys assets! |
| 61 | Foothill Loan documentation to eToys of $40 million |
| 62 | Barry Gold's Testimony of working with Foothill owner Wells Fargo! |
| 63 | Paul Traub Testimony of working with Wells Fargo, Fleet and others! |
| 64 | Toyco. International Bankruptcy attorney of record! |
| 65 | 18 USC 1961 Code of Racketeer Influenced and Corrupt Organizations! |
| 66 | Playco. Documents of sales of assets! |
| 67 | Paul Traub of TBF testimony of clients previously worked for! |
| 68 | Wells Fargo, Paragon Capital Note of acquisition and OZER Group! |
| 69 | Haas/CLI contracts in eToys! |
| 70 | Haas/CLI "nunc pro tunc" Court Orders in eToys! |
| 71 | Excerpts from CLI contracts of "assistance with debtors counsel"! |
| 72 | Tape recordings of meetings with Susan Balaschak and Barry Gold! |
| 73 | Tape recording of meeting with Paul Traub and Michael Fox in NYC! |
| 74 | Tape recording of conversations with US Trustee representative Mark Kenney! |
| 75 | Tape recorded meetings with various counsel(s)! |
| 76 | Tape recorded meetings with Barry Gold! |
| 77 | Tape recorded meetings with David Gatto! |
| 78 | Tape recorded meetings with David Haddad! |
| 79 | Tape recorded meetings wish and of Howard Steinberg! |
| 80 | Tape recorded meetings of conference call at eToys facilities! |
| 81 | Tape recorded meetings with Ellen Gordon! |
| 82 | Tape Recorded meetings with Richard Cartoon! |
| 83 | Haas Affidavit also known as Docket item 816 which the PEDC has entitled a "waiver"! |
| 84 | Excerpt(s) from the former Chairman of the Creditors Committee Affidavit! |
| 85 | Excerpts from the Pre Plan hearing where Robert Alber requested of the Count that Barry Gold and Paul Traub not receive a "get out of jail FREE CARD" for undisclosed relationships! |
| 86 | Kmart document showing Mark Kenney hand picked TBF as Counsel for equity holders |

| Designated No. | Description |
|---|---|
| 87 | Fax of Barry Gold from Gadzooks! |
| 88 | US Trustee Motion notes In re: Bonus Sales on the company of Paul Traub and Barry Gold! |
| 92 | Document of Johnson & Johnson of Purchase of Baby Center.com from eToys pre petition signed by one "Nancy A. Valente"! |
| 93 | Document of formation of the Barry Gold -Paul Traub company of Asset Disposition Advisors ("ADA") registered agent of "Nancy A. Valente"! |
| 94 | Paul Traub's testimony on Hutchins Wheeler! |
| 95 | Paul Traub's Testimony in his deposition of Feb 9, 2005 where he states that he and Barry Gold were engaged by Fleet! |
| 96 | Documentation listing of Claims acquired by Madison in eToys case! |
| 97 | Documentation of Liquidity Solutions acquiring claims in eToys case! |
| 98 | TBF attorney of Record in defense of allegations Kronish Lieb! |
| 99 | Madison registered agent Kronish Lieb! |
| 100 | Liquidation World pre petition purchase of eToys assets! |
| 101 | Pioneer Dist Pre Petition of eToys assets! |
| 102 | Barry Gold quarterly reports listing and copy in eToys case! |
| 103 | PEDC motion to Quash subpoena's of CLI/HAAS! |
| 104 | Excerpt of Plan on Plan Administrator Clause 5.2! |
| 105 | Excerpt of Plan giving Barry Gold right to settle payment to claimants for less than $1 million without Court approval! |
| 106 | Excerpt of Plan giving Barry Gold the right to engage whom he so desires! |
| 107 | Committee design document statement by Susan Balaschak pre Plan! |
| 108 | Document of letters procured by PEDC of current committee members in response to the Haas/CLI -Robert Alber allegations and entered into Exhibit by the PEDC! |
| 109 | Excerpt of the Lee Castillo Affidavit(s) showing early retirement! |
| 110 | Document showing 2 members of Goldman Sacks on Board of RR Donnelley an eToys committee co chair! |
| 111 | Lawsuit of eToys vs. Goldman Sacks, Fleet and others! |
| 112 | Paul Traub affidavit to Do Goldman Sachs Lawsuit! |
| 113 | List of Fee Applications Fredrick Rosner! |
| 114 | List of Fee Applications MNAT! |
| 115 | List of Fee Applications TBF! |

| Designated No. | Description |
|---|---|
| 116 | List of Barry Gold payments! |
| 117 | List of European assets eToys estate! |
| 118 | List of monks paid to professional(s) in the eToys case? |
| 119 | Comments of Barry Gold on overseas assets! |
| 120 | Comments of MNAT on overseas assets! |
| 121 | Motion(s) of Stay Pending Appeal? |
| 122 | Comments of Susan Balaschak of TBF during the hearing to dismiss CLI claim by His Honor Baxter! |
| 123 | Rule(s) and Code(s) on the unlawful retaliation by a counsel in Bankruptcy cases for personal gain or vendetta! |
| 124 | Oral arguments to be presented as no one will represent an entity that has alleged Fraud, Corruption against one of the most connected firm(s) in Bankruptcy in Wilmington DE while also stating failures to perform against the US Trustee Office. Personal Correspondence by Lawrence Friedman! |
| 125 | Personal Correspondence by Lawrence Friedman! |
| 126 | Document of resignation by Lawrence Friedman! |
| 127 | Document of law question "asked and answered" on authority to correct! |

_____
United States District Judge

Dated: _____ __, 200_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
```

In re:                                          :

                                  :    Chapter 11

                                  :

ETOYS, INC., et al.,                            :    Case Nos. 01-0706 (RB)
                                  :    Through 01-0709 (RB)

        Debtors.                            :

```
------------------------------------------------x
```

STEVE HAAS (a/k/a LASER HAAS),                  :
AS PRESIDENT OF COLLATERAL                      :
LOGISTICS, INC.,                                :

                                  :

        Appellant,                          :    Civil Action No. 05-829 (KAJ)

                                  :

        v.                                  :

                                    :

TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                      :
ARSHT & TUNNEL LLP, AND POST-                   :
EFFECTIVE DATE COMMITTEE OF                     :
EBC I, INC.,                                    :

                                  :

        Appellees.                          :

```
------------------------------------------------x
```

## CERTIFICATE OF SERVICE

    I, Frederick B. Rosner, hereby certify that on this 19th day of December, 2005, I served one copy of the *Appellee's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order* upon the parties listed below by First Class Mail, postage prepaid:

Steven Haas                              Steven Haas
178 East Jewel                          Collateral Logistics, Inc.
Delmar, DE 19807                    12901 Garden Grove Boulevard, Suite 101
                                       Garden Grove, CA 92843

16032

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing
222 Delaware Avenue
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16032

2