IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
                                                    :
ETOYS, INC., et al.,                                :   Case Nos. 01-0706 (MFW)
                                                    :   Through 01-0709 (MFW)
        Debtors.                                    :
                                                    :
---------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                     :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
        Appellant,                                  :   Civil Action No. 05-829 (KAJ)
                                                    :
        v.                                          :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNELL LLP, and POST-                      :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
        Appellees.                                  :   Related to Docket No. _____
---------------------------------------------------------x

**ORDER STRIKING ITEMS IMPROPERLY DESIGNATED BY
STEVE HAAS (a/k/a LASER HAAS), AS PRESIDENT OF
COLLATERAL LOGISTICS, INC., TO BE INCLUDED IN THE
RECORD ON APPEAL OF THE COURT'S OCTOBER 4, 2005 ORDER**

The Court, having considered Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion to Strike Items Improperly Designated By Appellant, Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal (the "Motion to Strike"), dated December 29, 2005; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Strike is GRANTED; and it is further

499207

ORDERED, that the following items designated by Appellant, Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. shall not be included in the record on appeal:

| Designated No. | Description |
| --- | --- |
| 3 | Affidavit of Lee Castillo (2nd) with testimony that the Creditors Committee was deceived in the hiring of Barry Gold. |
| 4 | Judge Farnan's of Wilmington DE Fed. Bankruptcy District for guidelines on who must apply as Professional Person In re: First Merchs. Acceptance Corp. (D. Del. Dec 15, 1997 97-1500) |
| 5 | Rule 2014 on Professional Persons |
| 6 | Rule 2016 on Professional Persons |
| 7 | Code 327 (a) Employment of Professional Persons |
| 8 | Code 101(14) Definitions) |
| 9 | Code 105 (a) Sua Sponte |
| 10 | Code 503(b) Substantial Contribution |
| 11 | Rule 7024 Intervention |
| 12 | Affidavits of the Firm Traub Bonacquist & Fox affirming non conflict and Disclosure |
| 13 | Declaration of Barry Gold as Plan Administrator signed under "penalty of perjury" |
| 14 | Affidavits(s) of Morris Nichols Arsht &. Tunnell ("MNAT"). |
| 15 | Hearing on Goldman Sachs where MNAT failed to show! |
| 16 | Court Order fining MNAT for failure to show |
| 18 | Excerpt from UST Motion of February 15, 2005 which specifically references where he warned all parties that replacements of any key employee of Debtor had to be "arms length" |
| 19 | Transcript of Oct 2002 hearing in Wilmington Delaware! |
| 20 | Transcript of Nov 2002 hearing in Wilmington Delaware! |
| 21 | Transcript of Oct 2004 hearing in Wilmington Delaware! |
| 22 | Transcript of Nov 2004 hearing in Wilmington Delaware! |
| 23 | Excerpt(s) from Transcript showing Robert Alber (an eToys shareholder) questioning of Barry Gold about a Paul Traub direct connection. Showing premeditated intent by Fred Rosner, TBF, MNAT, Barry Gold and others to deceive! |
| 24 | Excerpt from Transcript of Dec 22, 2005 hearing of US Trustee statement by Frank Perch! |

| Designated No. | Description |
|---|---|
| 26 | Excerpt From Response of Barry Gold on January 25, 2005 with a first time view of the Barry Gold hiring letter, drafted by both Counsels and signed given Barry Gold "willful" circumvention of the Rule(s) and Code at his own volition in an endeavor to avoid Perjury and other Fraud statue violations! |
| 33 | Rule 324 (a) Removal |
| 34 | Rule 5004 Disqualification of Judge! |
| 37 | Appeal Court rulings and standards on the "unambiguous" standard! (emphasis added) |
| 38 | UST Handbook and Guidelines on Duties and Fraud as part of the US DOJ |
| 39 | UST Guidelines of 5-1.2.1 "Duty to Notify & Refer"! |
| 40 | 28 USC 586(A)(3)(F) |
| 41 | 5-1.2.2 Judges Order of 18 USC 3057 (a) Duty to Notify & refer! |
| 42 | Listing of the 50 Felony violations by specific proof! |
| 43 | Janet Reno Reform Act of 1994! |
| 44 | 18 USC 155 Fee Agreement statue against Scheme to Fix Fee's! |
| 45 | In re: Bonus Sales Document of Asset. Disposition Advisors! |
| 46 | In re: Bonus Sales US Trustee note by Mark Kenney! |
| 47 | In re: Bonus Sales Transcript of discussion by Mark Kenney "ex parte" of conflicts with a counsel of the Estate and Creditors! |
| 52 | KB Toys Case 04-10120 and Counsels of Records listing! |
| 53 | Motion by Steve Haas/ CLI of MisPrison in KB Toys 04-10120! |
| 54 | Motion of US Trustee: to Expunge Motion of Haas/CLI in KB Toy Case! |
| 55 | Judge's Order to Expunge Motion of Haas/CLI in KB Toys Case! |
| 56 | Barry Gold's Testimony of connections to Jack Bush of IdeaForest, Bain, Stage Store's, Jumbo Sports! |
| 57 | S E C report of Stage Stores which shows Jack Bush and Michael Glazer (CEO of KB Toys)! |
| 58 | KB Toys record on pre petition payment of Michael Glazer and others for more than $100 million! |
| 59 | KB Toys record on TBF asking to be the one to prosecute the Michael Glazer pre petition payments! |
| 60 | eToys Docket Records of purchases by KB Toys of eToys assets! |
| 61 | Foothill Loan documentation to eToys of $40 million |
| 62 | Barry Gold's Testimony of working with Foothill owner Wells Fargo! |

| Designated No. | Description |
|---|---|
| 63 | Paul Traub Testimony of working with Wells Fargo, Fleet and others! |
| 64 | Toyco. International Bankruptcy attorney of record! |
| 65 | 18 USC 1961 Code of Racketeer Influenced and Corrupt Organizations! |
| 66 | Playco. Documents of sales of assets! |
| 67 | Paul Traub of TBF testimony of clients previously worked for! |
| 68 | Wells Fargo, Paragon Capital Note of acquisition and OZER Group! |
| 69 | Haas/CLI contracts in eToys! |
| 70 | Haas/CLI "nunc pro tunc" Court Orders in eToys! |
| 71 | Excerpts from CLl contracts of "assistance with debtors counsel"! |
| 72 | Tape recordings of meetings with Susan Balaschak and Barry Gold! |
| 73 | Tape recording of meeting with Paul Traub and Michael Fox in NYC! |
| 74 | Tape recording of conversations with US Trustee representative Mark Kenney! |
| 75 | Tape recorded meetings with various counsel(s)! |
| 76 | Tape recorded meetings with Barry Gold! |
| 77 | Tape recorded meetings with David Gatto! |
| 78 | Tape recorded meetings with David Haddad! |
| 79 | Tape recorded meetings wish and of Howard Steinberg! |
| 80 | Tape recorded meetings of conference call at eToys facilities! |
| 81 | Tape recorded meetings with Ellen Gordon! |
| 82 | Tape Recorded meetings with Richard Cartoon! |
| 83 | Haas Affidavit also known as Docket item 816 which the PEDC has entitled a "waiver"! |
| 84 | Excerpt(s) from the former Chairman of the Creditors Committee Affidavit! |
| 85 | Excerpts from the Pre Plan hearing where Robert Alber requested of the Count that Barry Gold and Paul Traub not receive a "get out of jail FREE CARD" for undisclosed relationships! |
| 86 | Kmart document showing Mark Kenney hand picked TBF as Counsel for equity holders |
| 87 | Fax of Barry Gold from Gadzooks! |
| 88 | US Trustee Motion notes In re: Bonus Sales on the company of Paul Traub and Barry Gold! |

| Designated No. | Description |
|---|---|
| 92 | Document of Johnson & Johnson of Purchase of Baby Center.com from eToys pre petition signed by one "Nancy A. Valente"! |
| 93 | Document of formation of the Barry Gold -Paul Traub company of Asset Disposition Advisors ("ADA") registered agent of "Nancy A. Valente"! |
| 94 | Paul Traub's testimony on Hutchins Wheeler! |
| 95 | Paul Traub's Testimony in his deposition of Feb 9, 2005 where he states that he and Barry Gold were engaged by Fleet! |
| 96 | Documentation listing of Claims acquired by Madison in eToys case! |
| 97 | Documentation of Liquidity Solutions acquiring claims in eToys case! |
| 98 | TBF attorney of Record in defense of allegations Kronish Lieb! |
| 99 | Madison registered agent Kronish Lieb! |
| 100 | Liquidation World pre petition purchase of eToys assets! |
| 101 | Pioneer Dist Pre Petition of eToys assets! |
| 102 | Barry Gold quarterly reports listing and copy in eToys case! |
| 103 | PEDC motion to Quash subpoena's of CLI/HAAS! |
| 104 | Excerpt of Plan on Plan Administrator Clause 5.2! |
| 105 | Excerpt of Plan giving Barry Gold right to settle payment to claimants for less than $1 million without Court approval! |
| 106 | Excerpt of Plan giving Barry Gold the right to engage whom he so desires! |
| 107 | Committee design document statement by Susan Balaschak pre Plan! |
| 108 | Document of letters procured by PEDC of current committee members in response to the Haas/CLI -Robert Alber allegations and entered into Exhibit by the PEDC! |
| 109 | Excerpt of the Lee Castillo Affidavit(s) showing early retirement! |
| 110 | Document showing 2 members of Goldman Sacks on Board of RR Donnelley an eToys committee co chair! |
| 111 | Lawsuit of eToys vs. Goldman Sacks, Fleet and others! |
| 112 | Paul Traub affidavit to Do Goldman Sachs Lawsuit! |
| 113 | List of Fee Applications Fredrick Rosner! |
| 114 | List of Fee Applications MNAT! |
| 115 | List of Fee Applications TBF! |
| 116 | List of Barry Gold payments! |
| 117 | List of European assets eToys estate! |

| Designated No. | Description |
|---|---|
| 118 | List of monks paid to professional(s) in the eToys case? |
| 119 | Comments of Barry Gold on overseas assets! |
| 120 | Comments of MNAT on overseas assets! |
| 121 | Motion(s) of Stay Pending Appeal? |
| 122 | Comments of Susan Balaschak of TBF during the hearing to dismiss CLI claim by His Honor Baxter! |
| 123 | Rule(s) and Code(s) on the unlawful retaliation by a counsel in Bankruptcy cases for personal gain or vendetta! |
| 124 | Oral arguments to be presented as no one will represent an entity that has alleged Fraud, Corruption against one of the most connected firm(s) in Bankruptcy in Wilmington DE while also stating failures to perform against the US Trustee Office. Personal Correspondence by Lawrence Friedman! |
| 125 | Personal Correspondence by Lawrence Friedman! |
| 126 | Document of resignation by Lawrence Friedman! |
| 127 | Document of law question "asked and answered" on authority to correct! |

_____
United States District Judge

Dated: _____, 2006