IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
ETOYS, INC., et al.,                                :    Case Nos. 01-0706 (MFW)
                                                    :    Through 01-0709 (MFW)
         Debtors.                                   :
------------------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),                     :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
         Appellant,                                 :    Civil Action No. 05-829 (KAJ)
                                                    :
         v.                                         :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNELL LLP, and POST-                      :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :
         Appellees.                                 :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Gregory W. Werkheiser, Esquire, hereby certify that on December 29, 2005, I caused a copy of the foregoing **Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion To Strike Items Improperly Designated By Steve Haas (a/k/a Laser Haas), As President Of Collateral Logistics, Inc. To Be Included In The Record On Appeal Of The Bankruptcy Court's October 4, 2005 Order** to be served on the parties on the attached service list in the manner indicated.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL

                                              /s/ Gregory W. Werkheiser
                                              Gregory W. Werkheiser (No. 3553)
                                              1201 N. Market Street, 18th Floor
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200

499207

## SERVICE LIST

**BY ELECTRONIC AND U.S. MAIL**

Mark Minuti
Patrick J. Reilley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

G. David Dean
Saul Ewing LLP
100 South Charles Street
Baltimore, MD  21201

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801

Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 N. King Street, Suite 2313
Wilmington, DE  19801

Paul Traub, Esquire
Steven Fox, Esquire
Traub, Bonaquist & Fox, LLP
655 Third Avenue, 21st Floor
New York, NY  10017

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA  95037

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
The Grace Builidng
1114 Avenue of the Americas
New York, NY  10036-7798

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Steven Haas, President and CEO
Collateral Logistics, Inc.
12901 Garden Grove Boulevard
Suite 101
Garden Grove, CA  92843

Steven Haas
178 East Jewel
Delmar, DE  19940

John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

499207