## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
In re:                                  :
                                        :   Chapter 11
                                        :
ETOYS, INC., et al.,                    :   Case Nos. 01-0706 (MFW)
                                        :   Through 01-0709 (MFW)
            Debtors.                    :
                                        :
--------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                :
                                        :
            Appellant,                  :   Civil Action No. 05-829 (KAJ)
                                        :
      v.                                :
                                        :
TRAUB, BONACQUIST & FOX LLP,            :
BARRY GOLD, MORRIS NICHOLS              :
ARSHT & TUNNELL LLP, and POST-          :
EFFECTIVE DATE COMMITTEE OF             :
EBC I, INC.,                            :
                                        :
            Appellees.                  :
--------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF APPELLEE/CROSS-APPELLANT
MORRIS, NICHOLS, ARSHT & TUNNELL'S MOTION TO STRIKE
ITEMS IMPROPERLY DESIGNATED BY ROBERT K. ALBER TO
BE INCLUDED IN THE RECORD ON APPEAL OF THE
BANKRUPTCY COURT'S OCTOBER 4, 2005 ORDER (D.I. 16)**

   **PLEASE TAKE NOTICE** that the **Appellee/Cross-Appellant Morris, Nichols,**

**Arsht & Tunnell's Motion To Strike Items Improperly Designated By Robert K. Alber to**

**Be Included In The Record On Appeal Of The Bankruptcy Court's October 4, 2005 Order**

(D.I. 16) is hereby withdrawn.  The document was erroneously filed in the wrong case.

MORRIS, NICHOLS, ARSHT & TUNNELL

By: _____
    Derek C. Abbott (No. 3376)
    Gregory W. Werkheiser (No. 3553)
    1201 N. Market St., 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200

Dated: Wilmington, Delaware
        January 3, 2006