IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                   :
                                                         :    Chapter 11
                                                         :
ETOYS, INC., et al.,                                     :    Case Nos. 01-0706 (MFW)
                                                         :    Through 01-0709 (MFW)
        Debtors.                                         :
                                                         :
---------------------------------------------------------x
ROBERT K. ALBER, *Pro Se*,                               :
                                                         :
        Appellant,                                       :    Civil Action No. 05-829 (KAJ)
                                                         :
        v.                                               :
                                                         :
TRAUB, BONACQUIST & FOX LLP,                             :
BARRY GOLD, MORRIS NICHOLS                               :
ARSHT & TUNNELL LLP, and POST-                           :
EFFECTIVE DATE COMMITTEE OF                              :
EBC I, INC.,                                             :
                                                         :
        Appellees.                                       :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPELLEE/CROSS-APPELLANT
MORRIS, NICHOLS, ARSHT & TUNNELL'S MOTION FOR STAY OF
FURTHER PROCEEDINGS ON APPEAL PENDING RESOLUTION
OF MOTION TO STRIKE IMPROPERLY DESIGNATED ITEMS (D.I. 17)**

   **PLEASE TAKE NOTICE** that the **Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell's Motion For Stay Of Further Proceedings On Appeal Pending Resolution Of Motion To Strike Improperly Designated Items** (D.I. 17) is hereby withdrawn. The document was erroneously filed in the wrong case.

MORRIS, NICHOLS, ARSHT & TUNNELL

By: _____
Derek C. Abbott (No. 3376)
Gregory W. Werkheiser (No. 3553)
1201 N. Market St., 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Dated: Wilmington, Delaware
       January 3, 2006

499808v2