IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
                                                    :
ETOYS, INC., et al.,                                :   Case Nos. 01-0706 (RB)
                                                    :   Through 01-0709 (RB)
        Debtors.                                    :
                                                    :
----------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                      :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
        Appellant,                                  :   Civil Action No. 05-829 (KAJ)
                                                    :
        v.                                          :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNEL LLP, AND POST-                       :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :   **Related Docket No. 6**
        Appellees.                                  :
----------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 6th day of January, 2006, I served one copy of the *Appellee's Motion to Dismiss Appeal* upon the party listed below by emal:

Steven Haas
bhaass@aol.com
laswerhaas@msn.com
laserace01@yahoo.com

JASPAN SCHLESINGER HOFFMAN LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16388