## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
        Debtors.                                :
                                                :
------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                  :
AS PRESIDENT OF COLLATERAL                       :
LOGISTICS, INC.,                                 :
                                                :
                Appellant,                       :   Civil Action No. 05-829 (KAJ)
                                                :
        v.                                       :
                                                :
TRAUB, BONACQUIST & FOX LLP,                    :
BARRY GOLD, MORRIS NICHOLS                       :
ARSHT & TUNNEL LLP, AND POST-                    :
EFFECTIVE DATE COMMITTEE OF                      :
EBC I, INC.,                                     :
                                                :   Related Docket No. 7
                Appellees.                       :
------------------------------------------------x
```

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 6th day of January, 2006, I served one copy of the *Memorandum in Support of Appellee's Motion to Dismiss Appeal* upon the party listed below by email:

Steven Haas
bhaass@aol.com
laswerhaas@msn.com
laserace01@yahoo.com

**JASPAN SCHLESINGER HOFFMAN LLP**


/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

16387