IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    :  Chapter 11
                                                    :
ETOYS, INC., et al.,                                :  Case Nos. 01-0706 (RB)
                                                    :  Through 01-0709 (RB)
         Debtors.                                   :
                                                    :
------------------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                      :
AS PRESIDENT OF COLLATERAL                          :
LOGISTICS, INC.,                                    :
                                                    :
         Appellant,                                 :  Civil Action No. 05-829 (KAJ)
                                                    :
         v.                                         :
                                                    :
TRAUB, BONACQUIST & FOX LLP,                        :
BARRY GOLD, MORRIS NICHOLS                          :
ARSHT & TUNNEL LLP, AND POST-                       :
EFFECTIVE DATE COMMITTEE OF                         :
EBC I, INC.,                                        :
                                                    :  **Related Docket No. 8**
         Appellees.                                 :
------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 6th day of January, 2006, I served one copy of the *Appellee's Motion to Strike Items Improperly Designated by Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc. to be Included in the Record on Appeal of the Bankruptcy Court's October 4, 2005 Order* upon the party listed below by emal:

Steven Haas
bhaass@aol.com
laswerhaas@msn.com
laserace01@yahoo.com

                                   JASPAN SCHLESINGER HOFFMAN LLP

                                   /s/ Frederick B. Rosner
                                   Frederick B. Rosner (#3995)
                                   913 Market Street, 12th Floor
                                   Wilmington, DE 19801
                                   (302) 351-8000

16389