IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                                :
                                                      :   Chapter 11
                                                      :
ETOYS, INC., et al.,                                  :   Case Nos. 01-0706 (RB)
                                                      :   Through 01-0709 (RB)
          Debtors.                                    :
                                                      :
-----------------------------------------------------x
STEVE HAAS (a/k/a LASER HAAS),                        :
AS PRESIDENT OF COLLATERAL                            :
LOGISTICS, INC.,                                      :
                                                      :
          Appellant,                                  :   Civil Action No. 05-829 (KAJ)
                                                      :
          v.                                          :
                                                      :
TRAUB, BONACQUIST & FOX LLP,                          :
BARRY GOLD, MORRIS NICHOLS                            :
ARSHT & TUNNEL LLP, AND POST-                         :
EFFECTIVE DATE COMMITTEE OF                           :
EBC I, INC.,                                          :
                                                      :   Related Docket No. 9
          Appellees.                                  :
-----------------------------------------------------x
```

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Frederick B. Rosner, hereby certify that on this 6th day of January, 2006, I served one copy of the *Appellee's Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's (A) Motion to Dismiss Appeal and (B) Motion to Strike Improperly Designated Items* upon the party listed below by emal:

Steven Haas
bhaass@aol.com
laswerhaas@msn.com
laserace01@yahoo.com

                                                      JASPAN SCHLESINGER HOFFMAN LLP

                                                      /s/ Frederick B. Rosner
                                                      Frederick B. Rosner (#3995)
                                                      913 Market Street, 12th Floor
                                                      Wilmington, DE 19801
                                                      (302) 351-8000

16392