January 18, 2006

US District Court
844 N King Street
LockBox 18
Wilmington, DE 19801



RE:     Hass v eToys (Traub, MNAT, Rosner, Gold) 05-829  (KAJ)
        Shareholder v eToys 05-830

To Whom It May Concern:

I am writing to object to the Traub Bonacquist & Fox (TBF), to Barry Gold, and to the
Morris Nichols Arsht & Tunnel (MNAT).

I have been an eToys shareholder since 1999. Since then, I have suffered psychological
stress due to the uncertainty surrounding eToys and its bankruptcy. More recently, I have
learned of the following facts.

Barry Gold was a post petition professional that was required to apply by 327(a).
MNAT has not yet revealed the non-disclosure of working with Mattel.
The Foothill Wells Fargo loan has never come under review.
The books and records must be reviewed by personnel we shareholders approve of.
David Haddad trying to hide the $2 million is a crime.

I have also learned that Barry Gold signed the Plan Declaration that it was drafted in
"good faith" "arms length" negotiations between debtor and creditor which he signed
"under penalty of perjury" is PERJURY. A fellow eToys shareholder of record fought
for our rights in 2002 that they could not have a "get out of jail free card" which the
judge agreed. The Plan, the Post Effective Date Committee clause, 5.2 provides for
removal of Barry Gold for "cause" which would be the fraud or deception, where Barry
Gold is "void ab initio" for that perjury.

I am a proud United States citizen because United States is a place where justice rules
over injustice. Alleged wrong doings and illegal gains at the expense of others (us
shareholders), if proven to be true, can not and should not be tolerated.

Therefore, I ask the court to be fair, to do the right thing, and to punish those who broke
the laws.

Sincerely,

An eToys Shareholder of Record and a Concerned Citizen

FILED

JAN 23 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE