# ATTACHMENT 1

### Jennifer M. Randolph

| | |
|---|---|
| From: | Laser Steven Haas [laserhaas@msn.com] |
| Sent: | Thursday, January 05, 2006 7:29 PM |
| To: | Jennifer M. Randolph; dabbott@mnat.com; mminuti@saul.com; frosner@jshllp-de.com; condo28@mail.com |
| Cc: | bhaass@aol.com |
| Subject: | RE: eToys Inc. et al.- District Court- 05-830, 05-829 and 05-831 |
| Attachments: | HaasResponse-Tuesday January 4 2006 Appeals.doc |

To All:

There is nothing to mediate here,,,, we seek criminal prosecution, to stop the non disclosure and schemes.

They seek to be free to "ad hoc" the law at will.

Although your firms appointment is not as blatant as the previous one in 05-728, you have not only handled eToys case, but your firm has worked with TBF and MNAT extensively.

Combine that with the Motions to dismiss I received yesterday,,,,,makes this all MOOT.

We will be sending a letter to the Court addressing the issue(s).

Also, in the future, please email me at bhaass@aol.com also,,, and my cell phone is 310 819 7777.

Appreciate the trying, this is an "extraordinary circumstances" situation!

Sincerely,

Laser Steven Haas
Liquidation UniVerse.com

Find e-mail, documents and more on your PC instantly with Windows Desktop Search–FREE!

1/16/2006