IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETOYS, INC., et al., | ) | |
| | ) | Case Nos. 01-0706 (RB) |
| Debtors. | ) | through 01-0709 (RB) |
| | ) | |
| STEVEN HAAS (a/k/a LASER HAAS), AS PRESIDENT OF COLLATERAL LOGISTICS, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 05-829 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| TRAUB, BONACQUIST & FOX LLP, BARRY GOLD, MORRIS NICHOLS ARSHT & TUNNELL LLP, and POST-EFFECTIVE DATE COMMITTEE OF EBC 1, INC., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

WHEREAS, the court having been informed that the captioned matter is not suitable for mediation,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than March 10, 2006.

_____
UNITED STATES DISTRICT JUDGE

February 23, 2006
Wilmington, Delaware