KRONISH LIEB
WEINER & HELLMAN LLP

RONALD R. SUSSMAN
Direct Dial: (212) 479-6063
E-mail: rsussman@kronishlieb.com

February 27, 2006

**VIA FEDERAL EXPRESS**

Honorable Kent A. Jordan
United States District Court Judge
United States District Court
844 N. King Street
Wilmington, Delaware  19801

> Re:    Steven Haas (a/k/a Laser Haas), As President of
>          Collateral Logistics, Inc. v. Traub, Bonacquist & Fox, *et al.*
>          (District Court Case No. 05-0829 - KAJ)
>          Robert K. Alber v. Traub, Bonacquist & Fox LLP, *et al.*
>          (District Court Case No. 05-0830 - KAJ)
>          Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, *et al.*
>          (District Court Case No. 05-0831 - KAJ)

Dear Judge Jordan:

        This firm represents Traub, Bonacquist & Fox LLP ("TBF") in the above-
captioned bankruptcy appeals (collectively the "Appeals").  We write to join in a letter request to
Your Honor concerning the briefing schedule written by Mark Minuti of the Saul Ewing firm on
behalf of Barry Gold.  For all of the reasons set forth in Mr. Minuti's letter, TBF respectfully
requests that the Court address the pending Motions described in Mr. Minuti's letter before
requiring the parties to proceed to briefing on the merits of these Appeals.

                                Respectfully submitted,

                                Ronald R. Sussman

RRS:sgs

**Via E-Mail**

cc:    Frederick B. Rosner, Esq.
        James L. Garrity, Esq.
        Mark Minuti, Esq.

                                Frederick B. Rosner (#3995)
                                Duane Morris, LLP
                                1100 N. Market St., 12th Floor
                                Wilmington, DE 19801

1114 Avenue of the Americas, New York, NY 10036-7798



Honorable Kent A. Jordan
February 27, 2006
Page 2


cc: **Via E-Mail** (continued)

Derek C. Abbott, Esq.
Mark S. Kenney, Esq.
Steven E. Fox, Esq.
Mr. Robert Alber
Mr. Steven Haas