# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                                :
                                                      :
                                                      :   Chapter 11
                                                      :   Bankruptcy
ETOYS, INC., et al,                                   :   Case Nos. 01-0706
                                                      :   Through   01-0709
                                                      :   Jointly Administered
                                                      :
              Confirmed Debtors                       :
------------------------------------------------------X
                                                      :
STEVEN HAAS, et al                                    :
                                                      :
              Appellant,                              :
                                                      :
          v.                                          :   Civil Action No. 05-829
                                                      :
ETOYS, INC. AND POST-EFFECTIVE DATE                   :
COMMITTEE OF UNSECURED CREDITORS,                     :
TRAUB BONACQUIST & FOX, MORRIS                        :
NICHOLS ARSHT & TUNNEL,                               :
BARRY GOLD, FREDRICK ROSNER                           :
                                                      :
              Appellees                               :

### OBJECTION TO MOTIONS TO DISMISS AND MOTIONS TO STRIKE STEVE HAAS PRO SE AND/OR COLLATERAL LOGISTICS WHICH ARE THE MOTIONS OF TRAUB BONACQUIST & FOX, BARRY GOLD AND MORRIS NICHOLS ARSHT & TUNNEL BASED UPON ORIGINAL/ADDITIONAL FACTS DISCOVERED WHEREAS APPELLANT PRAYS THE COURT TO RULE AS APPELLANT IS WILLING TO SET TRIAL SCHEDULE WHERE APPELLE'S HAVE REFUSED

Appellant who is Steven Haas, (the "APPELLANT") (a/k/a Laser Haas) who is also the 100% owner of Collateral Logistics, Inc. (CLI) comes this day January 12, 2006 before this Court with the original facts of Fraud/non disclosure while additionally, newly discovered facts that demonstrate the continuous intent of Morris Nichols Arsht & Tunnel

("MNAT") that is counsel for the bankrupt estate of eToys 01-706 (the "DEBTOR"), along with Barry Gold who is the "wind down coordinator", then following as CEO, President of the DEBTOR while also being the confirmed in November 2002 as the Plan Administrator of the Post Effective Date Committee (the "PEDC") of the DEBTOR, along Traub Bonacquist & Fox ("TBF") which is the Court approved counsel for the Official Creditors Committee, along with Fredrick Rosner who is the self described "local counsel for TBF", whereby TBF, Barry Gold, MNAT and Fredrick Rosner are hereafter, when mentioned as a collective manner, referred to as MOVANTS (the "MOVANTS"). For this APPELLANT discovered the existence of Asset Disposition Advisors LLC ("ADA") and entity formed in April 2001 by Barry Gold and Paul Traub, which they have subsequently admitted to after the irrefutable documents were placed in evidence by this APPELLANT. The Court Ordered 'come clean" responses to the allegations on January 25, 2005. Which was the first time APPELLANT and relevant parties of interest affected by the subterfuge were allowed to see the Barry Gold hiring letter. Since the OPINION and resulting ORDER of October 4, 2005 APPELLANT does state the newly discovered and documented facts as true to the best of APPELLANTS knowledge and belief for this Courts review has come to light of additional non disclosures, that this APPELLANTS issues and records concerning such additional non disclosures are germane to the case, that this APPELLANT is certified to have standing per the doctrine of "aggrieved person", per Fed Rule of Civ Proc 23.1, 24 and 25, along with multiple standings under Bankruptcy Code 503(b), combined with the details of additional undisclosed Facts by the MOVANTS wherefore APPELLANT prays the Court dismiss, with prejudice the MOVANTS motions, per the items mentioned and the

standings APPELLANT states that APPELLANT has contacted the MOVANTS and was willing to set a schedule MOVANTS have refused. APPELLANT feels that the facts are self evident and that the Court can make an immediate simple decision and is ready to participate "orally" for such as soon as the Court desires.

/s/ Steven Haas

APPELLANT

Who is President  100 % owner CLI

This Document and the attached EXHJIBITS are testified by this APPELLANT Steven Haas, under penalty of perjury to be True and Correct this day of submittal to this Court again on March 9, 2005.

*/s/ Steven Haas*
*March 9, 2006*