## 35080 Notice of Bankruptcy Filing by SRI NV and Liquidity Solutions

Wednesday, November 02, 2005

**United States Bankruptcy Court**
**Southern District of Texas**

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/01/2000 at 4:54 PM and filed on 06/01/2000.

**Specialty Retailers Inc [NV]**
10201 Main St
Houston, TX 77025-5229
Tax id: 91-1826900

**liquidity Solutions, Inc**
One University Plaza
suite 518
Hackensack, NJ 07601

The case was filed by the debtor's attorney:

**Lynnette Randee Warman**
Jenkens & Gilchrist
1445 Ross Ave
Ste 3200
Dallas, TX 75202
214-855-4792

The case was assigned case number 00-35080 to Judge Wesley W. Steen.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

Exhibit 3