| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Paloma | in | this filing | | Show | docs searched | | and | every hit | |
| Help... | Wildcards: ? (any letter), * (many). Logic: for Docs: & (and), | (or); for Text: "(&)" (near), | (anywhere). | | | | | | | | |
| As Of | Filer | | Filing | On/For/As Docs:Pgs | | Issuer | | Agent | | |
| 3/26/99 | Mattel Inc/DE | | S-4/A | 18:298 | | | | Donnelley R R & S..05/FA | | |

**Pre-Effective Amendment to Registration of Securities Issued in a Business-Combination Transaction**
· **Form S-4**
**Filing Table of Contents**

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: S-4/A | Pre-Effective Amendment #3 to Form S-4 | 214 | 1,208K |
| 2: EX-3.5 | Form of Certificate of Designations | 3 | 21K |
| 3: EX-5.1 | Form of Opinion of Lee B. Essner | 21 | 12K |
| 4: EX-8.1 | Form of Opinion of Latham & Watkins | 3 | 19K |
| 5: EX-8.2 | Form of Opinion of Hale and Dorr Llp | 3 | 23K |
| 6: EX-8.3 | Form of Opinion of Davies, Ward & Beck | 3 | 23K |
| 7: EX-23.1 | Consent of Pricewaterhousecoopers Llp | 1 | 8K |
| 8: EX-23.2 | Consent of Deloitte and Touche Llp | 1 | 9K |
| 9: EX-23.3 | Consent of Pricewaterhousecoopers Llp | 1 | 9K |
| 10: EX-23.4 | Consent of Pricewaterhousecoopers Llp | 1 | 8K |
| 11: EX-23.8 | **Consent of Morris, Nichols, Arsht & Tunnell** | 1 | 8K |
| 12: EX-99.1 | Form of Proxy Card of Mattel, Inc. | 2± | 11K |
| 13: EX-99.2 | Forms of Proxy Cards of the Learning Company, Inc. | 5 | 32K |
| 14: EX-99.5 | Form of Voting and Exchange Trust Supplement | 8 | 43K |
| 15: EX-99.6 | Form of Support Agreement Amending Agreement | 5 | 26K |

| EX-23.8 | TOC | Top | Previous | Next | Bottom | Just 1st |
|---|---|---|---|---|---|---|

EXHIBIT 23.8

**CONSENT OF MORRIS, NICHOLS, ARSHT & TUNNELL**

We hereby consent to the reference to our firm in the Joint Proxy Statement/Prospectus constituting a part of the registration statement on Form S-4, as amended, of Mattel, Inc. ("Mattel")/The Learning Company ("TLC") relating to the business combination of Mattel and TLC. In giving this consent, we do not admit that we come within the category of persons whose consent is required under Section 7 of the Securities Act of 1933, as amended, or the rules and regulations of the Securities and Exchange Commission promulgated thereunder, nor do we admit that we are experts with respect to any part of such registration statement within the meaning of the term "experts" as used therein.

Morris, Nichols, Arsht & Tunnell

/s/ *Morris, Nichols, Arsht & Tunnell*

March 25, 1999



Exhibit 6
MNAT + Mattel

TRAUB, BONACQUIST & FOX LLP

ATTORNEYS AT LAW
655 THIRD AVENUE
NEW YORK, NEW YORK 10017
(212) 476-4770

FAX (212) 476-4787
tbfaq@aol.com

WRITER'S DIRECT DIAL
(212) 476-4772
Email: ptraub@tbfesq.com

June 6, 2000

BY FAX 713/660-3330

Mr. Barry Gold
Exec. Vice President-Administration
Specialty Retailers, Inc.
10201 Main Street
Houston, Texas 77025

Re:  Specialty Retailers, Inc., Debtor

Dear Barry:

Further to our recent discussions this regarding engagement of this firm by

**Snap Shot from Pacer Document of Traub Bonacquist & Fox Supplemental Disclosure Stage Stores that demonstrates TBF relationship with Barry Gold in better detail than he disclosed was disclosed in eToys.**

regard to its efforts to exit certain retail store locations and liquidate the merchandise inventories and associated furniture, fixtures and equipment thereat. TB&F's engagement was approved by the U.S. Bankruptcy Court, Northern District of Florida in the company's chapter 11 proceedings. TB&F advised and guided the company through three (3) separate rounds of store closings. The services to be provided to the Debtors are substantially similar to those that were provided by the firm to JumboSports. Jack Bush, a director of the Debtors, was also a director of JumboSports at the time of TB&F's engagement by that company, and in that connection participated (together with other members of the company's senior management) in the process that lead to TB&F's selection and engagement as special counsel to the company. Subsequent to its chapter 11 filing, Barry Gold was engaged by the company to provide certain strategic restructuring services. Upon information and belief, Mr. Gold did not participate in the selection or engagement process involving TB&F. Additionally, Kronish, Lieb, Weiner & Hellman LLP, counsel to the creditors' committee herein, also serves as creditors' committee counsel in the JumboSports chapter 11 case.

   c. Luria, Inc. In 1997, TB&F was engaged as court-approved counsel to the official committee of unsecured creditors in this company's chapter 11 proceedings in the U.S. Bankruptcy Court, Southern District of Florida. TB&F successfully negotiated and later obtained confirmation of a plan of reorganization for this debtor. Barry Gold, a restructuring

SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF PAUL TRAUB ON BEHALF OF TRAUB, BONACQUIST & FOX LLP

## TRAUB / Michael Fox Notes of Discussions with Barry Gold

```
              Traub, Bonacquist & Fox LLP
              489 Fifth Avenue - 27th Floor
                New York, New York  10017
                     212/476-4770
                   E.I.N.  13-3116349
```

L. Luria & Son, Inc.                             November 30, 1997
                                                 Page 1
                                                 Client: 5005
                                                 Matter: 013
                                                 Invoice #    10185

Matter:  Asset Disposition

| Date | Professional Services Rendered | Atty | Hours |
|---|---|---|---|
| 08/26/97 | phone call with Silverman/A&A re: potential interest in company/assets | MF | 0.50 |
| 08/26/97 | review Gordon Bros. agreements re: occupancy; discussion with Barry Gold (former CEO) re: negotiations on prime deal with Gordon Bros. | MF | 1.50 |
| 08/28/97 | reviewed E&Y report | SB | 0.80 |

## 2nd Snap shot of Luria Billing records

| Date | Professional Services Rendered | Atty | Hours |
|---|---|---|---|
| 08/26/97 | meeting with Michael S. Fox, Singerman, J. Markowitz, Edelstein and Ilia Lukash re: pending motions, GOB strategy going forward | SB | 3.00 |
| 08/28/97 | extended phone calls with M. Cohen re amendment of and assumption of pre-petition agency agreement | PT | 3.50 |
| 08/28/97 | discussion with Singerman re GOB strategy | PT | 1.00 |
| 08/28/97 | review and develop GOB strategy; phone calls with several liquidators | MF | 1.80 |
| 08/29/97 | phone call with Elise Homer re: layaway motion | SB | 0.30 |
| 09/22/97 | conference with R. Cartoon in preparation for call re: severance/retention, wind-down budget | MF | 1.80 |
| 09/23/97 | conference, post-call with R. Cartoon, Ben Evans and Maura Russell re: severance/wind-down budget | MF | 1.20 |
| 09/26/97 | reviewed documents produced by debtor re: Bank settlement and employee manual | MR | 2.10 |
| 09/29/97 | review strategy - severance/retention | MF | 0.90 |
| 10/01/97 | prepare for and conduct conference call with Richard Cartoon and Ben Evans re: examination and analysis of budget and go forward strategy | MF | 2.40 |
| 10/03/97 | call to analyze budget and key personal re: severance/bonus; interview former CEO, B. Gold | MF | 2.00 |
| 10/07/97 | conference call with Ben Evans and Richard | MF | 1.80 |