OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 10, 2006

Steven Haas
12983 Garden Grove
Garden Grove, CA 92843

      Re:    Objections to Motions to Dismiss
             Civil Action No.  05-829 KAJ
             Notice of Deficiency as to:    Service of Documents upon Defense Counsel

Dear Mr. Haas:

      Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above papers for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

XX    1.    Local Counsel (Local Rule 83.5 (d))
             XX    All notices, pleadings and papers shall be served on local counsel
             ___    All papers filed with the Court must be signed by local counsel

___    2.    Form of Papers (Local Rule 5.1.1)
             ___    Cover page fails to comply with Local Rule 5.1.1
             ___    Information below signature line fails to comply with
                     Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
             ___    other:

XX    3.    Service (Local Rule 5.2)
             XX    Paper lacks certification of service
             XX    Letter fails to identify proper service - No copy to the Clerk of Court
             ___    Letter fails to indicate method of delivery for all recipients

        4.    Number of Copies (Local Rule 5.3 and the Court's Scheduling Order)

___    5.    Motions (Various Local Rules and the Court's Scheduling Order)
                    ___    Failure to schedule conference with the Court prior to filing
                           discovery motion according to the Court's Scheduling Order
                    ___    Failure to include statement showing efforts to reach agreement
                           according to Local Rule 7.1.1

|  |  | Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1 |
|---|---|---|
|  |  | Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1 |
|  |  | Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to Local Rule 7.1.2. |
|  |  | No Notice of Motion is Required according to Local Rule 7.1.2 |
|  |  | No Proposed Order filed with the motion |
| XX | 6. | Briefs (Local Rules 7.1.2 and 7.1.3) |
|  |  | ___ Cover |
|  |  | XX Format Local Rule 7.1.3 (a)(3) |
|  |  | ___ Length |
|  |  | ___ Other |
| ___ | 7. | Request for Extension of Time (Local Rule 16.5) |
|  |  | ___ Lacks Statement |
|  |  | ___ Other |

_XX_ 8. Other

Pursuant to Rule 5.1.2 please promptly serve a copy of your documents upon on all other parties.

                                          Very truly yours,

                                          Bob Cruikshank
                                          Deputy Clerk

Enclosure

cc:    Honorable Kent A. Jordan
        Local Counsel via Electronic Filing