# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                   :
                                         :   Chapter 11
                                         :
ETOYS, INC., et al.,                     :   Case Nos. 01-0706 (MFW)
                                         :   Through 01-0709 (MFW)
              Debtors.                   :
                                         :
-------------------------------------------------x
STEVEN HAAS (a/k/a LASER HAAS),          :
AS PRESIDENT OF COLLATERAL               :
LOGISTICS, INC.,                         :
                                         :
              Appellant,                 :   Civil Action No. 05-829 (KAJ)
                                         :
       v.                                :
                                         :
TRAUB, BONACQUIST & FOX LLP,             :
BARRY GOLD, MORRIS NICHOLS               :
ARSHT & TUNNELL LLP, and POST-           :
EFFECTIVE DATE COMMITTEE OF              :
EBC I, INC.,                             :
                                         :
              Appellees.                 :
-------------------------------------------------x
ROBERT K. ALBER, Pro Se,                 :
                                         :
              Appellant,                 :
                                         :
       v.                                :   Civil Action No. 05-830 (KAJ)
                                         :
TRAUB, BONACQUIST & FOX LLP,             :
BARRY GOLD, MORRIS NICHOLS               :
ARSHT & TUNNELL LLP, and POST-           :
EFFECTIVE DATE COMMITTEE OF              :
EBC I, INC.,                             :
                                         :
              Appellees.                 :
-------------------------------------------------x
MORRIS, NICHOLS, ARSHT                   :
& TUNNELL LLP,                           :
                                         :
              Cross-Appellant,           :
```

|  | : | Civil Action No. 05-831 (KAJ) |
|---|---|---|
| v. | : | |
|  | : | |
| TRAUB, BONACQUIST & FOX LLP, | : | |
| BARRY GOLD, ROBERT K. ALBER | : | |
| and STEVEN HAAS | : | |
|  | : | |
| Cross-Appellees. | : | |

-----------------------------------------------------------x

## **SCHEDULING ORDER**

Pursuant to this Court's Orders, dated February 23, 2006, directing appellant Steven Haas (a/k/a Laser Haas) ("Mr. Haas"), appellant Robert K. Alber ("Mr. Alber," and together with Mr. Haas, the "Appellants"), appellee Barry Gold ("Mr. Gold"), appellee Traub, Bonacquist Fox, LLP ("TBF"), appellee the Office of the United States Trustee (the "US Trustee") and appellee/cross-appellant Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols," and collectively with Mr. Gold, TBF and the US Trustee, the "Appellees") to confer and submit a briefing schedule to the Court with respect to the above-captioned appeals by March 10, 2006; and appellees Mr. Gold, TBF and Morris Nichols having proposed a briefing schedule to Appellants and the US Trustee which is consistent with the briefing schedule reflected in this Order; and no opposition to the entry of an order providing for such briefing schedule having been received from either Appellant or the US Trustee; and good cause appearing therefore;

IT IS HEREBY ORDERED that:

1.     The Appellants shall file and serve their respective opening briefs within thirty (30) days after entry of this Order.

2.     The Appellees shall file and serve their respective answering briefs on or before thirty (30) days after both Appellants have filed and served their respective opening briefs. Morris Nichols' answering brief also shall serve as its opening brief in connection with

2

the related conditional cross-appeal captioned *Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, et al.,* Civil Action No. 05-0831 (KAJ) (the "MNAT Cross-Appeal").

      3.    The Appellants shall file and serve their respective reply briefs on or before ten (10) days after each of the Appellees have filed and served their respective answering briefs.

      4.    Morris Nichols may file a reply brief in connection with the MNAT Cross-Appeal on or before ten (10) days after both Appellants have filed their respective reply briefs.

      5.    The form and content of the parties' briefs and related documents shall conform to Rule 7.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, except that opening and answering briefs shall not exceed fifty (50) pages in length.

      6.    Entry of this Order is without prejudice to the following: (a) in connection with the appeal captioned *Steven Haas (a/k/a Laser Haas), As President Of Collateral Logistics, Inc., v. Traub, Bonacquist & Fox LLP, et al.,* Civil Action No. 05-0829 (KAJ), the motions and supporting memoranda of law of Mr. Gold, TBF and Morris Nichols that appear at Docket Items 6, 7, 8, 9, 10, 11, 12, 14, 15 and 18; and (b) in connection with the related appeal captioned *Robert K. Alber v. Traub, Bonacquist & Fox LLP, et al.,* Civil Action No. 05-0830 (KAJ), the motions and supporting memoranda of law of Mr. Gold, TBF and Morris Nichols that appear at Docket Items 8, 9, 10, 11, 12 and 13.

_____

UNITED STATES DISTRICT JUDGE

March ___, 2006
Wilmington, Delaware

510610

3