# Exhibit A

## Gregory W. Werkheiser

**From:** Laser Steven Haas [laserhaas@msn.com]
**Sent:** Monday, March 13, 2006 6:57 PM
**To:** Gregory W. Werkheiser; MMinuti@saul.com; frosner@duanemorris.com; Mark.Kenney@usdoj.gov; gdean@saul.com; sfox@tbfesq.com; rsussman@kronishlieb.com; jgarrity@shearman.com; condo28@mail.com; bhaas@aol.com; bhaass@aol.com; Laserace01@yahoo.com
**Cc:** Derek C. Abbott
**Subject:** RE: eToys Appeals, Case Nos. 05-0829, 05-0830 & 05-0831

To All whom it may concern:

We have NOT until Friday the 10th of March received any email or communication from you. The statements within your opening are False.

As stated previously my emails are laserhaas@msn.com and laserace01@yahoo.com

My Mail is C/O Calloway at 108 E Jewel Street, Delmar DE 19940.

Concidering all the false statments made thus far, it is unwise, especially with the Bar reviews to engage in any additional.

Finally the note from the Court about the "service notice" has been addressed, the items did go out in regular mail on the 10th as well as the service notice. The item to the Court did not contain the service notice as the Court received an over night copy and the mailings had not occurred at that time.

The corrections in format are being addressed as well.

We look forward to the opportunity to address the additional discovered undisclosed facts on the record with you!


Sincerely,
Laser Steven Haas
Bankruptcy Liquidations

Find flowers, candy and directions to a romantic restaurant with Windows Live Local