## CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on March 16, 2006 in the manner indicated upon the parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 16, 2006

Gregory W. Werkheiser (#3553)

## SERVICE LIST

**By Email and Hand Delivery**

Frederick Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
frosner@duanemorris.com

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
mminuti@saul.com

Mark S. Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
Mark.kenney@usdoj.gov

**By Email and First Class U.S. Mail**

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
gdean@saul.com

Steven Fox, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017
sfox@tbfesq.com

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
jgarrity@shearman.com

Ronald R. Sussman, Esquire
Kronish LIeb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
rsussman@kronishlieb.com

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037
Condo28@mail.com

Steve Haas, a/k/a Laser Haas
12901 Garden Grove Blvd., Suite 101
Garden Grove, CA 92843
laserhaas@msn.com
bhaass@aol.com
laserace01@yahoo.com

Steve Haas, a/k/a Laser Haas
108 Jewel Street
c/o Calloway
Delmar, DE 19940

489617