# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                              :
                                                    :
                                                    :  Chapter 11
                                                    :  Bankruptcy
ETOYS, INC., et al,                                 :  Case Nos. 01-0706
                                                    :  Through 01-0709
                                                    :  Jointly Administered
                                                    :
        Confirmed Debtors                           :
------------------------------------------------------X
                                                    :
STEVEN HAAS, et al                                  :
                                                    :
        Appellant,                                  :
                                                    :
        v.                                          :  Civil Action No. 05-829
                                                    :
ETOYS, INC. AND POST-EFFECTIVE DATE                 :
COMMITTEE OF UNSECURED CREDITORS,                   :
TRAUB BONACQUIST & FOX, MORRIS                      :
NICHOLS ARSHT & TUNNEL,                             :
BARRY GOLD, FREDRICK ROSNER                         :
                                                    :
        Appellees                                   :

## CERTIFICATE OF SERVICE

This is to certify that I Steven Haas, also known as Laser Haas, Pro Se in this case did send by Overnight mail to the District Court of Delaware renewed Objection to Motions to dismiss, expunge by the multiple items submitted by Morris Nichols Arsht & Tunnel, Barry Gold, Traub Bonacquist & Fox and Robert Alber.

I also caused a notice copy by regular mail to those parties. This assurance of Service did not go out with the Overnight to the Court as the mailings occurred on Friday

March 10, 2006, while the Overnight to the Court had occurred on Thursday March 9, 2006.

Per the Courts additional instructions Friday March 10, 2006 an edited copy that conforms to page number, margin requirements and double space will be sent promptly to the Court and the Certificate of Service to all parties of that edited Objection shall occur.

Additionally we did not receive any March 6 or 8th 2006 email or communication about scheduling and shall address that issue also in the corrected format.

For the record, at present, I am bereft of phone number, my email address is laserace01@yahoo.com and also laserhaas@msn.com to assure contact. As stated previously to mail copies to me the address is

    Haas

    C/O Calloway

    108 E Jewel Street

    Delmar, DE 19940

Finally, we are also sending a copy of the items to Fredrick Rosner at Duane Morris. Traub Bonacquist & Fox had left notice that their notices should go to Mr. Rosner, yet there is confusion as we now see MR. Rosner's email is at the firm Duane Morris. So that Mr. Rosner, as Traub Bonacquist & Fox local counsel can receive such we well send to both addresses.

| | |
|---|---|
| March 14, 2006. | /s/ Steven Haas    Pro Se |
| | Also known as Laser Haas |
| | Who is the President and sole owner |
| | Collateral Logistics, Inc. |

From: Steve (aser) Haas
C/O Galloway
108 E Jewel St.
Delmar, DE 19940

To: Clerk
US District Court
LockBox 18
844 N. King Street
Wilmington, DE 19801

3-17-06

0305 0830 0004 5685 0674