# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
In re:                                        :
                                              :
                                              :   Chapter 11
                                              :   Bankruptcy
ETOYS, INC., et al,                           :   Case Nos. 01-0706
                                              :   Through  01-0709
                                              :   Jointly Administered
            Confirmed Debtors                 :
------------------------------------------------------X
                                              :
STEVEN HAAS, et al                            :
                                              :
            Appellant,                        :
                                              :
       v.                                     :   Civil Action No 05-829
                                              :
ETOYS, INC. AND POST-EFFECTIVE DATE           :
COMMITTEE OF UNSECURED CREDITORS,             :
TRAUB BONACQUIST & FOX, MORRIS                :
NICHOLS ARSHT & TUNNEL,                       :
BARRY GOLD, FREDRICK ROSNER                   :
                                              :
            Appellees                         :
```

### CERTIFICATE OF SERVICE

This is to certify that I Steven Haas, also known as Laser Haas, Pro Se in this case did send by regular mail and email this day the Court instructed corrected copy to comply with the rule of binding on the left and page numbering the APPELLANT objection to the motions of the Appellees to strike and dismiss, along with exhibits and details of newly discovered non disclosure facts germane to this case.

The emails were sent to Fredrick Rosner as local counsel, Morris Nichols Arsht & Tunnel, Traub Bonacquist & Fox, Barry Gold, Mark Kenney as Attorney for the US Trustee office and Robert Alber. As well as various US Attorney officers.

Also on March 17, 2006 a copy of each by regular mail was sent to the same parties of Fredrick Rosner, Morris Nichols Arsht & Tunnel, Traub Bonacquist & Fox, Barry Gold, Mark Kenney as Attorney for the US Trustee office and Robert Alber.

As previously stated, the record and parties seem to have on record an incorrect address contact. I am of indigent status, with no phone, the emails to contact me, which I may not have access to on a daily basis are laserhaas@msn.com and laserace01@yahoo.com, the mail address for me in Delaware ( I reside currently in California in a different hotel or vehicle daily) is

Haas

C/O Calloway

108 E Jewel Street

Delmar, DE 19940

Finally, we are also sending a copy of the items to Fredrick Rosner at Duane Morris. Traub Bonacquist & Fox had left notice that their notices should go to Mr. Rosner, yet there is confusion as we now see MR. Rosner's email is at the firm Duane Morris. So that Mr. Rosner, as Traub Bonacquist & Fox local counsel can receive such we well send to both addresses.

March 16, 2006.                                    /s/ Steven Haas         Pro Se

                                                   Also known as Laser Haas

                                                   Who is the President and sole owner Collateral Logistics, Inc.

/s/ Steven Haas  3-17-06