## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

Steven Haas (a/k/a Laser Haas)

V.

DISTRICT COURT
DOCKET NUMBER: 05-829

Traub Bonacquist & Fox LLP, Barry Gold, Morris Nichols Arsht & Tunnell LLP and Post Effectuve Date Committee of EBC1, Inc.

DISTRICT COURT
JUDGE: Kent A Jordan

Notice is hereby given that ___Steven Haas (a/k/a Laser Haas)___ appeals to the United States Court of Appeals for the Third Circuit from ___Order and Memorandum by the District Court to dismiss Steven Haas (a/k/a Laser Haas) from acting "Pro Se" on matters in the case of In re: eToys 01-706 thru 01-709 on his behalf or on behalf of his owned entity Collateral Logistics (which was at one time a corporation)___

entered in this action on August 30, 2006

_Sept 9, 2006_ /s/ Steve Haas

FILED
OCT - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

(Counsel for Appellant-Signature)

___Steven Haas (a/k/a Laser Haas___
(Name of Counsel)

___Fredrick Rosner___
(Counsel for Appellee)

___C/O Calloway 108 E Jewel Street___

___C/O Duane Morris LLP___

___1100 North Market Street___

___Delmar Delaware 19840___

___Wilmington Delaware 19801___

___626 736 9291___

___302 657 4900___

To: Clerk of Dist
844 King St
Wilmington DE
19801

FIRST CLASS MAIL

From: Steve Haas
c/o Calloway
108 E Buvel
Delmar DE
19940

ReadyPost