# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------X

In re:

ETOYS, INC., et al.,

                 Debtors.

-----------------------------------------------X

STEVEN HAAS, *Pro Se*,

        Appellant,

    v.

TRAUB, BONACQUIST & FOX, LLP,
BARRY GOLD, MORRIS, NICHOLS,
ARSHT & TUNNELL, LLP, and POST-
EFFECTIVE DATE COMMITTEE OF
EBC I, INC.,

        Appellees.

-----------------------------------------------X

Chapter 11

Case Nos. 01-0706 (MFW)
through 01-0709 (MFW)

Civil Action No. 05-829 (KAJ)

FILED
OCT 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

    I, Steven 'Laser' Haas, (a/k/a Laser Haas) hereby certify that on the 29th day of September, 2006, I caused a true and correct copy of the **Notice of *Appeal*** to be served upon the parties listed below in the manner so indicated.

*(Served by 1ˢᵗ Class mail and e-mail)*
James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Tel:    (212) 848-4879
Fax:    (212) 848-4879
Defense Counsel for Traub, Bonacquist & Fox LLP (now defunct)
jgarrity@shearman.com

*(Served by 1ˢᵗ Class mail and e-mail)*
Ronald R. Sussman, Esquire
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Tel:   (212) 479-6063
Fax:   (212) 820-9785
Defense Counsel for Traub, Bonacquist & Fox, LLP (now defunct)
rsussman@kronishlieb.com

*(Served by 1ˢᵗ Class and USPS)*
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel:   (302) 575-7229
Fax:   (302) 425-4663
RDehney@MNAT.com
dabbott@mnat.com
gwerkheiser@mnat.com

*(Served by 1ˢᵗ Class mail and e-mail)*
G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202
Tel:   (410) 332-8704
Fax:   (410) 332-8163
Defense Counsel for Barry F. Gold
gdean@saul.com

*(Served by 1ˢᵗ Class mail and e-mail)*
Steven E. Fox, Esquire
655 Third Avenue, 21ˢᵗ Floor
New York, NY 10017
Tel:   (212) 476-4770
Fax:   (212) 476-4787
Formerly of Traub, Bonacquist & Fox, LLP (now defunct)
sfox@tbfesq.com

*(Served by 1st Class mail and e-mail)*
Kelly Beaudin Stapleton, Esquire
U.S. TRUSTEE
833 Chesnut Street
Suite 500
Philadelphia, PA 19107
Tel:   (215) 597-4411
Fax:   (215) 597-5795
Office of the U.S. Trustee
mark.kenney@usdoj.gov


*(Served by 1st Class mail and e-mail)*
Frederick Rosner, Esquire
Duane, Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel:   (302) 657-4943
Fax:   (302) 657-4901
Local Counsel for TB&F
Formerly of Jaspan Schlesinger Hoffman, LLP (and other firms)
Email of ATAsh@duanemorris.com,

                                                                                         September 29 2006
                                                                                         /s/ Steven Haas
                                                                                        (a/k/a Laser Haas)

Laser Steven Haas sent the emails to the following email addresses:

        ATAsh@duanemorris.com,
        mminuti@saul.com,
        mark.kenney@usdoj.gov,
        gdean@saul.com,
        sfox@tbfesq.com,
        jgarrity@shearman.com,
        rsussman@kronishlieb.com,
        condo28@mail.com,
        dabbott@mnat.com,
        gwerkheiser@mnat.com

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

Steven Haas (a/k/a Laser Haas)

V.

DISTRICT COURT
DOCKET NUMBER: 05-829

Traub Bonacquist & Fox LLP, Barry Gold, Morris
Nichols Arsht & Tunnell LLP and Post Effectuve
Date Committee of EBC1, Inc.

DISTRICT COURT
JUDGE: Kent A Jordan

Notice is hereby given that ___Steven Haas (a/k/a Laser Haas)___ appeals to the United States Court of Appeals for the Third Circuit from Order and Memorandum by the District Court to dismiss Steven Haas (a/k/a Laser Haas) from acting "Pro Se" on matters in the case of In re: eToys 01-706 thru 01-709 on his behalf or on behalf of his owned entity Collateral Logistics (which was at one time a corporation)

entered in this action on August 30, 2006

_Sept 9, 2006_    _/s/ Steven Haas_

(Counsel for Appellant-**Signature**)

Steven Haas (a/k/a Laser Haas            Fredrick Rosner
(Name of Counsel)                         (Counsel for Appellee)

C/O Calloway 108 E Jewel Street           C/O Duane Morris LLP

                                          1100 North Market Street

Delmar Delaware 19840                     Wilmington Delaware 19801

626 736 9291                              302 657 4900

